AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of   Columbia

Jay C. McKean

V.

UNITED STATES, a Federal corporation;
INTERNAL REVENUE SERVICE,
DEPARTMENT OF THE TREASURY,
SOCIAL SECURITY ADMINISTRATION,
AVANTA Federal Credit Union, Title 26
UNITED STATES CODE § 6331(a);
EIGHTEEN THOUSAND DOLLARS OF
FEDERAL RESERVE NOTES and JOHN
DOES 1 through 5, inclusively,

SUMMONS IN A CIVIL CASE

**RECEIVED**

CASE NUMBER:   JAN 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-02202
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/6/2007
Description: Pro Se General Civil

TO:

SOCIAL SECURITY ADMINISTRATION
Attn: Legal Dept.
2100 M Street NW
Washington, DC 20037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Jay C. McKean
c/o 164 West Bench Road
Roberts, Montana [59070]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          DEC - 6 2007
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>December 19, 2007 |
| NAME OF SERVER (PRINT)<br>Pamela Wagner | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On December 19, 2007, I mailed true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the Social Security Administration addressed as follows:</u>

Social Security Administration
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001
Certified Mail No. 7007 0220 0002 9245 4110

Social Security Administration
Attn: Civil Process
2100 M Street NW
Washington, DC 20037
Certified Mail No. 7007 0220 0002 9245 4059

Social Security Administration
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7007 0220 0002 9245 4042

<u>The Summons and Complaint were delivered to the Social Security Administration on December 21, 2007, the U.S. Attorney General on December 26, 2007, and forwarded to the the U.S. Attorney on January 3, 2008 (see U.S.P.S. Track and Confirm printouts attached as Exhibit A, Exhibit B and Exhibit C).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $9.40 for each mailing | TOTAL<br>$28.20 |

**DECLARATION OF SERVER**

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on <u>December 19, 2007</u>
               Date

Signature of Server

Pamela Wagner
c/o Junction 7
7 W 11th Street
<u>Red Lodge, MT 59068</u>
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure




Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0002 9245 4059**
Detailed Results:

- **Delivered, December 21, 2007, 1:04 pm, WASHINGTON, DC 20037**
- **Arrival at Unit, December 21, 2007, 12:10 pm, WASHINGTON, DC 20037**
- **Acceptance, December 19, 2007, 4:17 pm, RED LODGE, MT 59068**

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---|---|---|
| A | 1 | 1 |



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0002 9245 4042**
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Notice Left, December 26, 2007, 4:06 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 26, 2007, 1:28 am, WASHINGTON, DC 20022**
- **Acceptance, December 19, 2007, 4:19 pm, RED LODGE, MT 59068**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---|---|---|
| B | 1 | 1 |



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0002 9245 4110**
Detailed Results:

- **Forwarded, January 03, 2008, 11:19 am, WASHINGTON, DC**
- **Arrival at Unit, December 24, 2007, 12:41 pm, WASHINGTON, DC 20001**
- **Missent, December 20, 2007, 2:04 pm**
- **Acceptance, December 19, 2007, 4:20 pm, RED LODGE, MT 59068**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|-----|
| C | 1 | 1 |

AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of   Columbia

Jay C. McKean

V.

UNITED STATES, a Federal corporation;
INTERNAL REVENUE SERVICE,
DEPARTMENT OF THE TREASURY,
SOCIAL SECURITY ADMINISTRATION,
AVANTA Federal Credit Union, Title 26
UNITED STATES CODE § 6331(a);
EIGHTEEN THOUSAND DOLLARS OF
FEDERAL RESERVE NOTES and JOHN
DOES 1 through 5, inclusively,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

Case: 1:07-cv-02202
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/6/2007
Description: Pro Se General Civil

TO:

DEPARTMENT OF THE TREASURY
Attn: Civil Process
1500 Pennsylvania Avenue NW
Washington, DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Jay C. McKean
c/o 164 West Bench Road
Roberts, Montana [59070]

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            DEC - 6 2007
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>December 19, 2007 |
| NAME OF SERVER (PRINT)<br>Pamela Wagner | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On December 19, 2007, I mailed true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the Department of the Treasury addressed as follows</u>:

Department of the Treasury
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001
Certified Mail No. 7007 0220 0002 9245 4097

Department of the Treasury
Attn: Civil Process
1500 Pennsylvania Avenue NW
Washington. DC 20225
Certified Mail No. 7007 0220 0002 9245 4127

Dept. of the Treasury
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7007 0220 0002 9245 4103

<u>The Summons and Complaint were delivered to both the U.S. Attorney and the Department of the Treasury on December 26, 2008, and to the U.S. Attorney General on December 27, 2007 (see U.S.P.S. Track and Confirm printouts attached as Exhibit A, Exhibit B and Exhibit C).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $9.40 for each mailing | TOTAL<br>$28.20 |
| DECLARATION OF SERVER | | |

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on <u>December 19, 2007</u>
            Date

Signature of Server

Pamela Wagner
c/o Junction 7
7 W 11th Street
<u>Red Lodge, MT 59068</u>
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 0220 0002 9245 4097**
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Notice Left, December 26, 2007, 4:06 am, WASHINGTON, DC 20530**
- **Forwarded, December 21, 2007, 11:31 am, WASHINGTON, DC**
- **Arrival at Unit, December 21, 2007, 11:29 am, WASHINGTON, DC 20001**
- **Acceptance, December 19, 2007, 4:10 pm, RED LODGE, MT 59068**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA



| EXHIBIT | PAGE | of |
|---------|------|----|
| A       | 1    | 1  |



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 0220 0002 9245 4127**
Detailed Results:

- **Delivered, December 26, 2007, 8:35 am, WASHINGTON, DC 20220**
- **Notice Left, December 25, 2007, 7:24 am, WASHINGTON, DC 20220**
- **Arrival at Unit, December 25, 2007, 3:28 am, WASHINGTON, DC 20022**
- **Acceptance, December 19, 2007, 4:25 pm, RED LODGE, MT 59068**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA

| EXHIBIT | PAGE | of |
|---------|------|----|
| B | 1 | 1 |


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 0220 0002 9245 4103**
Detailed Results:

- Delivered, December 27, 2007, 5:54 am, WASHINGTON, DC 20530
- Notice Left, December 27, 2007, 3:50 am, WASHINGTON, DC 20530
- Arrival at Unit, December 27, 2007, 1:56 am, WASHINGTON, DC 20022
- Acceptance, December 19, 2007, 4:26 pm, RED LODGE, MT 59068

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.      No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|----|
| C       | 1    | 1  |

AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of   Columbia

Jay C. McKean

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
INTERNAL REVENUE SERVICE,
DEPARTMENT OF THE TREASURY,
SOCIAL SECURITY ADMINISTRATION,
AVANTA Federal Credit Union, Title 26
UNITED STATES CODE § 6331(a);
EIGHTEEN THOUSAND DOLLARS OF
FEDERAL RESERVE NOTES and JOHN
DOES 1 through 5, inclusively,

CASE NUMBER:

Case: 1:07-cv-02202
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/6/2007
Description: Pro Se General Civil

TO:

INTERNAL REVENUE SERVICE
Attn: Civil Process
1111 Constitution Avenue NW
Washington. DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Jay C. McKean
c/o 164 West Bench Road
Roberts, Montana [59070]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON     DEC - 6 2007
CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>December 19, 2007 |
| NAME OF SERVER (PRINT)<br>Pamela Wagner | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On December 19, 2007, I mailed true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the Internal Revenue Service addressed as follows:

Internal Revenue Service
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001
Certified Mail No. 7007 0220 0002 9245 4073

Internal Revenue Service
Attn: Civil Process
111 Constitution Ave., N.W.
Washington, DC 20224
Certified Mail No. 7007 0220 0002 9245 4080

Internal Revenue Service
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7007 0220 0002 9245 4066

The Summons and Complaint were delivered to the U.S. Attorney, the U.S. Attorney General, and the Internal Revenue Service all on December 26, 2007 (see U.S.P.S. Track and Confirm printouts attached as Exhibit A, Exhibit B and Exhibit C).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $9.40 for each mailing | TOTAL<br>$28.20 |

**DECLARATION OF SERVER**

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on December 19, 2007
          Date         Signature of Server

Pamela Wagner
c/o Junction 7
7 W 11th Street
Red Lodge, MT 59068
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0220 0002 9245 4073
Detailed Results:

- Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530
- Notice Left, December 26, 2007, 4:06 am, WASHINGTON, DC 20530
- Forwarded, December 21, 2007, 11:31 am, WASHINGTON, DC
- Arrival at Unit, December 21, 2007, 11:29 am, WASHINGTON, DC 20001
- Acceptance, December 19, 2007, 4:13 pm, RED LODGE, MT 59068

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|----|
| A | 1 | 1 |



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0002 9245 4066**
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Notice Left, December 24, 2007, 7:42 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 24, 2007, 7:31 am, WASHINGTON, DC 20022**
- **Acceptance, December 19, 2007, 4:12 pm, RED LODGE, MT 59068**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )       ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

|  EXHIBIT | PAGE | of |
|----------|------|----|
|    B     |   1  |  1 |



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0220 0002 9245 4080
Detailed Results:

- Delivered, December 26, 2007, 6:27 am, WASHINGTON, DC 20224
- Notice Left, December 25, 2007, 7:23 am, WASHINGTON, DC 20224
- Arrival at Unit, December 25, 2007, 3:46 am, WASHINGTON, DC 20022
- Acceptance, December 19, 2007, 4:21 pm, RED LODGE, MT 59068

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|-----|
| C       | 1    | 1   |

AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of   Columbia

Jay C. McKean

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
INTERNAL REVENUE SERVICE,
DEPARTMENT OF THE TREASURY,
SOCIAL SECURITY ADMINISTRATION,
AVANTA Federal Credit Union, Title 26
UNITED STATES CODE § 6331(a);
EIGHTEEN THOUSAND DOLLARS OF
FEDERAL RESERVE NOTES and JOHN
DOES 1 through 5, inclusively,

CASE NUMBER:

Case: 1:07-cv-02202
Assigned To : Huvelle, Ellen S.
Assign. Date : 12/6/2007
Description: Pro Se General Civil

TO:

UNITED STATES OF AMERICA
U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Jay C. McKean
c/o 164 West Bench Road
Roberts, Montana [59070]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    DEC - 6 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>December 19, 2007 |
| NAME OF SERVER (PRINT)<br>Pamela Wagner | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On December 19, 2007, I mailed true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail to the United Stated of America addressed as follows</u>:

United States of America
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20001
Certified Mail No. 7007 0220 0002 9245 4028

United States of America
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001
Certified Mail No. 7007 0220 0002 9245 4035

<u>The Summons and Complaint were delivered to both the U.S. Attorney and to the U.S. Attorney General on December 26, 2007 (see U.S.P.S. Track and Confirm printouts attached as Exhibit A and Exhibit B).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $9.40 for each mailing | TOTAL<br>$18.80 |

### DECLARATION OF SERVER

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on <u>December 19, 2007</u>          *[signature]* Pamela J Wagner
Date                                               Signature of Server

Pamela Wagner
c/o Junction 7
7 W 11th Street
<u>Red Lodge, MT 59068</u>          .
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0002 9245 4028**
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Notice Left, December 26, 2007, 4:06 am, WASHINGTON, DC 20530**
- **Forwarded, December 21, 2007, 11:31 am, WASHINGTON, DC**
- **Arrival at Unit, December 21, 2007, 11:29 am, WASHINGTON, DC 20001**
- **Acceptance, December 19, 2007, 4:15 pm, RED LODGE, MT 59068**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )      ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA





Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0002 9245 4035**
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Notice Left, December 24, 2007, 7:21 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 24, 2007, 1:17 am, WASHINGTON, DC 20022**
- **Missent, December 20, 2007, 2:04 pm**
- **Acceptance, December 19, 2007, 4:16 pm, RED LODGE, MT 59068**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data   FOIA

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B | 1 | 1 |