IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY C. MCKEAN | ) | No. 1:07-CV-02202-ESH |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, et al. | ) | |
| Defendants. | ) | |

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants move this Court for an extension of the time to answer or otherwise respond to plaintiff's complaint. In support of this motion, defendants submit the following:

1. Plaintiff filed his complaint on December 6, 2007. He effected service on the United States Attorney for the District of Columbia on January 3, 2008.

2. Defendants' response is due on or before March 5, 2008.

3. Defendants' counsel is not now in possession of sufficient information to respond to the complaint. This lack of information is due to the difficulty experienced by the Internal Revenue Service, the agency charged with the responsibility for the events underlying the case, in retrieving the relevant "administrative file" and related materials.

4. The Department of Justice has not yet received the administrative file or guidance from the Internal Revenue Service on how to properly respond to the complaint.

5. While defendants' counsel could respond to the complaint by serving a general denial, such action would not materially advance this litigation. In fact, in many such cases, the service of a general denial actually inhibits progress in the case due to the necessity of serving and filing amended pleadings.

2046652.1

6. Defendants are of the belief that an enlargement of time of an additional 45 days would be sufficient for the assembly, transmittal, and receipt of the materials necessary to the drafting and service of a meaningful responsive pleading.

7. Based on the above, defendants believe that granting a 45-day enlargement of time to respond to the complaint would tend toward the just, speedy, and inexpensive determination of this action.  See Fed.R.Civ.P. 1.

8. Under Fed.R.Civ.P. 6(b), the Court, for cause shown, may enlarge the time for pleading, among other things.  See Poe v. Christina Copper Mines, Inc., 15 F.R.D. 85, 87-88 (D. Del. 1953); 2 J. Moore, Moore's Federal Practice ¶ 6.08 (2d ed. 1988).

9. Defendants' counsel was unable to reach the *pro se* plaintiff for his consent to the extension of time.

For the foregoing reasons, defendants respectfully requests that its motion for enlargement of time be granted.


Date: March 5, 2008.                    Respectfully submitted,


                                        /s/ Pat S. Genis
                                        PAT S. GENIS
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, D.C.  20044
                                        Telephone/FAX:  (202) 307-6390/514-6866
                                        Email: pat.genis@usdoj.gov


OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on March 5, 2008, Defendants' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT and proposed ORDER were placed in the United States mail, postage prepaid, and properly addressed to the following:

>Jay C. McKean
>164 West Bench Road
>Roberts, MT 59070

>  /s/ Pat S. Genis
>PAT S. GENIS

1673843.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY C. MCKEAN | ) | No. 1:07-CV-02202-ESH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

_____Upon consideration of defendants' Motion to Extend Time to Answer or

Otherwise Respond to Plaintiff's Complaint, it is

ORDERED that the time shall be extended for 45 days to and including April 21,

2008.


Date: _____, 2008.


_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

Jay C. McKean
164 West Bench Road
Roberts, MT 59070

2046640.1