**RECEIVED**

DEC 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# SUMMONS RETURN

STATE OF <u>MONTANA</u>            )
                                    ) CAUSE NO. <u>1:07-cv-02202</u> *ESH*
COUNTY OF <u>YELLOWSTONE</u>   )

    I HEREBY CERTIFY, that I received the within SUMMONS, together with a copy of the COMPLAINT in said action on the 19 day of <u>DECEMBER, 2007</u>, and personally served the same on the 19 day of <u>DECEMBER, 2007 on RHONDA DIEFENDERFER, AGENT FOR AVANTA FEDERAL CREDIT UNION AT 3212 CENTRAL AVENUE, BILLINGS, MT 59102 AT 2:10 PM</u> delivering to and leaving with said Defendant personally, in the said County of Yellowstone, a copy of said SUMMONS and COMPLAINT.

    That after due and diligent search and inquiry of divers persons in sundry places, I am unable to fulfill service upon <u>,AT,,</u> within the County of Yellowstone, State of Montana.

DATED at Billings, Montana, this 20 day of <u>DECEMBER, 2007</u>.

| | |
|---|---|
| Service | $50.00 |
| Mileage | $ 0.00 |
| Total | $50.00 |

*Elwin G. Kirkwood* (signature)

Levying Officer
Elwin G. Kirkwood
DPS 07-79-01
P.O. Box 35500, PMB 249
Billings, Mt. 59107-5500
(406) 256-1311

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/19/07 |
| NAME OF SERVER (PRINT) Elwin G. Kirkwood | TITLE | Levying Officer |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3212 Central Ave, Billings, MT 59102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/21/07
_____
Date        Signature of Server

P.O. Box 35500 PMB
Billings, MT 59107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.