**RECEIVED**

MAR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jay McKean, a sentient human being, ) | |
| ) | |
| Plaintiff, ) | Civil No. 1:07-CV-02202-ESH |
| ) | |
| vs. ) | |
| ) | **MANDATORY JUDICIAL NOTICE** |
| ) | **OF PETITION FOR OVERSIGHT OF** |
| UNITED STATES, et al., ) | **THIS COURT BY THE UNITED STATES** |
| ) | **COMMITTEES ON THE JUDICIARY** |
| Defendants. ) | |
| ) | |
| ) | Fed.R.Evid. 201(d) |
| ) | |
| ) | |
| ) | |

**MANDATORY JUDICIAL NOTICE IS HEREBY GIVEN:** that Jay McKean, Plaintiff, proceeding on his own behalf, having suffered extreme prejudice and bias from Defendants, their employees, officers and agents and having no confidence in the judiciary, has submitted this case-in-chief for review and oversight by the both the U.S. Senate Committee on the Judiciary and the U.S. House of Representatives Committee on the Judiciary.

Jay McKean has suffered a loss of life and liberty and a continued loss of his property because of the intentional misapplication of colorable *prima facie* internal revenue laws. Jay McKean has suffered a denial of justice throughout in his dealings with Defendants and has properly moved the Court in his pleadings as a *pro se* litigant. As Thomas Paine eloquently espoused: *"It is the madness of folly to expect mercy from those who have refused to do*

*justice; and even mercy, where conquest is the object, is only a trick of war; the cunning of the fox is as murderous as the violence of the wolf."*

Historically, the courts have consistently and unquestionably revealed their prejudice, bias and favoritism in support of their employer the Defendant, the UNITED STATES Federal corporation, and have proceeded to rubberstamp all positions presented by and favorable to their colleagues, the United States Attorneys.

Because the facts and the law relied on by the Plaintiff appear to have no relevance or place in this Court, and the prejudice is so extreme and obvious, the Plaintiff is forced to seek oversight and intervention to ensure that state Citizens like the Plaintiff do not continue to receive the black eye of injustice and suffer from the abusive hands of judicial predators who have no real interest in being fair, neutral and nonbiased arbitrators – characteristics demanded of the positions for which they were hired.

Thus, the past and present collusive and corrupt practices and acts imposed against Jay Mckean and his property by numerous officials, officers, agents and employees of the United States Federal corporation and its political subdivisions over a span of years have caused the Plaintiff to enter a vote of 'no confidence' in the present judicial system, which is generally unfaithful to the Constitution for the United States of America, seeded with land mines of injustice, and protective of its effort to maintain the institutionalized control it presently has acquired.

**WHEREFORE,** this Court is hereby NOTICED accordingly, that the following attached letters have been submitted to the appropriate parties for the review, oversight and intervention deemed necessary.

Respectfully Submitted.

## VERIFICATION

I, <u>Jay McKean</u>, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1) and under the laws of the United States of America that I believe the above to be true and correct to the best of my knowledge, understanding and belief. All Rights retained without recourse.

On this _13_ day of March 2008

*Jay McKean* (signature)

Jay McKean
c/o 164 West Bench Road
Roberts, Montana [59070]

## ATTACHMENTS:

**Exhibit A:**  Letters to U.S. Senate Committee on the Judiciary, U.S. House of Representatives Committee on the Judiciary, Representative Dennis R. Rehberg and Senator Max Baucus (8 pages)

## CERTIFICATE OF SERVICE

I, Jay Mckean, hereby certify that on the _13_ day of March 2008, I served a true and correct copy of the above Mandatory Judicial Notice of Petition for Oversight of This Court by the United States Committees on the Judiciary with Exhibit A by Certified Mail, postage fully prepaid and addressed as follows:

Preet Bharara, Democratic Chief Counsel
Cindy Hayden, Republican Chief Counsel
U.S. Senate Committee on the Judiciary
Subcommittee on Admin. Oversight/Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510
Certified Mail: 7006 3450 0001 6638 4490

Howard Berman, Chairman
Howard Coble, Ranking Member
U.S. House of Representatives Committee on the Judiciary
Subcommittee on Courts, Internet, Intellectual Property
2138 Rayburn House Office Building
Washington, D.C. 20515
Certified Mail: 7006 3450 0001 6638 4506

The Honorable Max Baucus
United States Senate
511 Hart Senate Office Building
Washington, DC 20510
Certified Mail: 7006 3450 0001 6638 4469

The Honorable Dennis R. Rehberg
United States House of Representatives
516 Cannon House Office Building
Washington, D.C. 20515
Certified Mail: 7006 3450 0001 6638 4476

Kirsten E. Keating
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, D.C. 20005
Certified Mail: 7006 3450 0001 6638 4483

*Jay McKean*
Jay McKean