IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY C. MCKEAN | ) | No. 1:07-CV-02202-ESH |
|       Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, et al. | ) | |
|       Defendants. | ) | |

**SECOND MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants move this Court for a brief extension of the time to answer or otherwise respond to plaintiff's complaint. In support of this motion, defendants submit the following:

1. Plaintiff filed his complaint on December 6, 2007.

2. On March 5, 2008, defendants moved the Court for an extension of time to April 21, 2008 to answer or otherwise respond to the complaint to allow defendants to provide their counsel with sufficient information to respond to the complaint.

3. The Court granted defendant's motion on March 13, 2008.

4. Defendants' counsel recently received the information, records and documents needed to respond to the complaint; but needs an additional few days to review the information and formulate a response.

5. Defendants asks the court for a two-day extension, to Thursday, April 24, 2008, to answer or otherwise respond to plaintiff's complaint.

6. Under Fed.R.Civ.P. 6(b), the Court, for cause shown, may enlarge the time for pleading, among other things. See Poe v. Christina Copper Mines, Inc., 15 F.R.D. 85, 87-88 (D. Del. 1953); 2 J. Moore, Moore's Federal Practice ¶ 6.08 (2d ed. 1988).

7. Defendants' counsel was unable to reach the *pro se* plaintiff for his consent to the extension of time.

For the foregoing reasons, defendants respectfully requests that their second motion for enlargement of time be granted.

Date: April 21, 2008.                              Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone/FAX:  (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

Jeffrey A. Taylor
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on April 21, 2008, Defendants' SECOND MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT and proposed ORDER were placed in the United States mail, postage prepaid, and properly addressed to the following:

>Jay C. McKean
>164 West Bench Road
>Roberts, MT 59070

>/s/ Pat S. Genis
>PAT S. GENIS

1673843.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY C. MCKEAN | ) | No. 1:07-CV-02202-ESH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

_____Upon consideration of defendants' Second Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is

ORDERED that the time shall be extended for 2 days to and including April 24, 2008.


Date: _____, 2008.


_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

Jay C. McKean
164 West Bench Road
Roberts, MT 59070

2046640.1