IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY C. MCKEAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:07-cv-02202-ESH |
| | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF PAT S. GENIS

I, Pat S. Genis, under  28 U.S.C. § 1746, declare as follows:

1.    I am a trial attorney with the Department of Justice Tax Division.  As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2.    As part of my duties, I have received and reviewed documents and records created and maintained by the Internal Revenue Service.

3.    Attached is a true and correct copy of the following documents:

| Ex. No. | Description |
|---------|-------------|
| 1 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Jay C. McKean for tax year 1999; |
| 2 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Jay C. McKean for tax year 2000; |
| 3 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Jay C. McKean for tax year 2001; |
| 4 | Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Jay C. McKean for tax year 2002; |

5   Form 4340 Certificate of Assessments, Payments, and Other Specified Matters for Jay C. McKean for tax year 2003;

6   June 4, 2003 Notice of Deficiency for Jay C. & Faye McKean for tax year 1999;

7   June 4, 2003 Notice of Deficiency for Jay C. & Faye McKean for tax year 2000;

8   June 12, 2003 Petition of Protest for 1999 deficiencies;

9   June 12, 2003 Petition of Protest for 2000 deficiencies;

10   October 24, 2003 Notice of Deficiency for Jay C. & Faye McKean for tax year 2001;

11   Copy of 2001 notice of deficiency and correspondence signed by Jay C. McKean denying liability  for 2001 taxes.

12   July 27, 2004 Notice of Deficiency for Jay C. & Faye McKean for tax year 2002;

13   June 21, 2005 Notice of Deficiency for Jay C. & Faye McKean for tax year 2003;

14   Transcript of account for Jay McKean for 2003 showing balance due for 2003.

I declare under penalty of perjury that the foregoing is true to the best of my

knowledge, information and belief.

DATED:   April 24, 2008.


          /s/ Pat Genis
          PAT S. GENIS



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date:    Feb. 06, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Jay C. McKean, SSN: ▉▉▉▉ and Spouses SSN: ▉▉▉▉ for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 1999, consisting of ten pages ———————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198



Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JAY C MCKEAN                        EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 07-12-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-12-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-16-2004 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 08-23-2004 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 11-15-2004 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 11-03-2004 | SUBSEQUENT PAYMENT | | 151.65 | |
| 12-03-2004 | SUBSEQUENT PAYMENT | | 151.65 | |

FORM 4340  (REV. 01-2002)              PAGE     2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------

JAY C MCKEAN                          EIN/SSN: �manual▬▬▬▬▬


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 01-03-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| 02-03-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| 03-03-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| 04-01-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| 05-03-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| 06-03-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| 07-01-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| 08-03-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| 09-02-2005 | SUBSEQUENT PAYMENT | | 154.35 | |
| | FAILURE TO PAY TAX PENALTY 20053908 | | 87.82 | 10-10-2005 |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JAY C MCKEAN                          EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-03-2005 | SUBSEQUENT PAYMENT |  | 154.35 |  |
| 11-03-2005 | SUBSEQUENT PAYMENT |  | 154.35 |  |
| 12-02-2005 | SUBSEQUENT PAYMENT |  | 154.35 |  |
| 01-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 02-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 03-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 04-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 05-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 06-02-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 07-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |

FORM 4340  (REV. 01-2002)                    PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

JAY C MCKEAN                           EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 08-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 09-01-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 10-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 11-03-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 12-01-2006 | SUBSEQUENT PAYMENT |  | 159.60 |  |
| 01-03-2007 | SUBSEQUENT PAYMENT |  | 164.55 |  |
| 02-05-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 04-02-2007 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 04-25-2007 | SUBSEQUENT PAYMENT LEVY |  | 367.80 |  |

FORM 4340  (REV. 01-2002)                    PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JAY C MCKEAN                          EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 05-23-2007 | SUBSEQUENT PAYMENT LEVY | | 367.80 | |
| | INTEREST ASSESSED 20072208 | | 305.36 | 06-11-2007 |
| 05-29-2007 | SUBSEQUENT PAYMENT LEVY | | 12,534.39 | |
| | INTEREST ASSESSED 20072408 | | 330.00 | 06-25-2007 |
| 05-29-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040    200012 | | (5,620.03) | |
| 05-29-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040    200112 | | (4,473.28) | |
| 05-29-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040    200212 | | (2,111.08) | |
| 06-25-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    6

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

JAY C MCKEAN                              EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 06-25-2007 | SUBSEQUENT PAYMENT LEVY | | 367.80 | |
| 06-25-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040       200212 | | (367.80) | |
| 07-26-2007 | SUBSEQUENT PAYMENT LEVY | | 367.80 | |
| 07-26-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040       200212 | | (367.80) | |
| 08-17-2007 | SUBSEQUENT PAYMENT LEVY | | 367.80 | |
| 08-17-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040       200212 | | (367.80) | |
| 09-25-2007 | SUBSEQUENT PAYMENT LEVY | | 367.80 | |
| 09-25-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040       200212 | | (367.80) | |

FORM 4340  (REV. 01-2002)                      PAGE    7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JAY C MCKEAN                          EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 10-22-2007 | SUBSEQUENT PAYMENT LEVY | | 367.80 | |
| 10-22-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040        200212 | | (367.80) | |
| 11-16-2007 | SUBSEQUENT PAYMENT LEVY | | 367.80 | |
| 11-16-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040        200212 | | (367.80) | |
| 12-21-2007 | SUBSEQUENT PAYMENT LEVY | | 391.80 | |
| 12-21-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040        200212 | | (112.06) | |
| 12-21-2007 | OVERPAYMENT CREDIT TRANSFERRED 1040        200312 | | (279.74) | |
| 01-24-2008 | SUBSEQUENT PAYMENT LEVY | | 391.80 | |

FORM 4340  (REV. 01-2002)                    PAGE    8

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

JAY C MCKEAN                          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-24-2008 | OVERPAYMENT CREDIT TRANSFERRED 1040      200312 | | (391.80) | |
| 11-03-2003 | Statutory Notice of Balance Due | | | |
| 12-08-2003 | Notice of Balance Due | | | |
| 01-12-2004 | Statutory Notice of Intent to Levy | | | |
| 10-09-2006 | Statutory Notice of Balance Due | | | |
| 01-08-2007 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE     9

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

JAY C MCKEAN                          EIN/SSN: ▮▮▮▮▮▮▮▮

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999
-------------------------------------------------------------------

BALANCE          0.00
-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME:  Linda L. Drake

TITLE:  Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 02/06/2008

FORM 4340  (REV. 01-2002)              PAGE    10



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: Feb. 06, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Jay C. McKean, SSN: ▮▮▮▮▮▮▮ and Spouses SSN: ▮▮▮▮▮▮▮, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2000, consisting of four pages

2

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198



Catalog Number 19002E

Form 2866 (Rev. 09-1997)

---

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

JAY C MCKEAN                        EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 23,946.00 | | | |
| | TAXABLE INCOME 17,471.00 | | | |
| 10-16-2002 | SUBSTITUTE FOR RETURN 29210-292-26200-2 | | 0.00 | 11-18-2002 |
| | LATE FILING PENALTY 20034308 | | 589.72 | 11-03-2003 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-688-00092-3  20034308 | | 2,621.00 | 11-03-2003 |
| 11-03-2003 | RENUMBERED RETURN 29247-688-00092-3 | | | |
| | INTEREST ASSESSED 20034308 | | 531.02 | 11-03-2003 |
| | FAILURE TO PAY TAX PENALTY 20034308 | | 406.25 | 11-03-2003 |
| 05-10-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-27-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-14-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)                        PAGE     1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

JAY C MCKEAN                          EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-12-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-12-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-16-2004 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 08-23-2004 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| | FAILURE TO PAY TAX PENALTY 20053908 | | 249.00 | 10-10-2005 |
| 02-05-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-02-2007 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

JAY C MCKEAN                          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 05-29-2007 | OVERPAID CREDIT APPLIED 1040       199912 | | 5,620.03 | |
| | INTEREST ASSESSED 20072408 | | 1,083.02 | 06-25-2007 |
| 06-25-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-03-2003 | Statutory Notice of Balance Due | | | |
| 12-08-2003 | Notice of Balance Due | | | |
| 01-12-2004 | Statutory Notice of Intent to Levy | | | |
| 10-09-2006 | Statutory Notice of Balance Due | | | |
| 01-08-2007 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

JAY C MCKEAN                          EIN/SSN: ████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

BALANCE          0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 02/06/2008

FORM 4340  (REV. 01-2002)                    PAGE     4



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date:   Feb. 06, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Jay McKean, SSN: ▮▮▮▮▮▮▮ for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2001, consisting of four pages ————————

3

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

GOVERNMENT EXHIBIT 3

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

JAY MCKEAN                                EIN/SSN: ██████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 23,954.00 | | | |
| | TAXABLE INCOME 17,254.00 | | | |
| 01-13-2003 | SUBSTITUTE FOR RETURN 29210-018-25125-3 | | 0.00 | 02-17-2003 |
| | LATE FILING PENALTY 20041108 | | 515.48 | 03-29-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-465-00656-4  20041108 | | 2,291.00 | 03-29-2004 |
| 03-29-2004 | RENUMBERED RETURN 29247-465-00656-4 | | | |
| | INTEREST ASSESSED 20041108 | | 294.98 | 03-29-2004 |
| | FAILURE TO PAY TAX PENALTY 20041108 | | 274.92 | 03-29-2004 |
| 07-12-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-16-2004 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 08-16-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

JAY MCKEAN                              EIN/SSN: ▓▓▓▓▓▓▓▓

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-25-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-25-2004 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| | FAILURE TO PAY TAX PENALTY 20053908 | 297.83 | | 10-10-2005 |
| 02-05-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-02-2007 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-29-2007 | OVERPAID CREDIT APPLIED 1040        199912 | | 4,473.28 | |
| | INTEREST ASSESSED 20072408 | 799.07 | | 06-25-2007 |
| 06-25-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-29-2004 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    2



CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------
JAY MCKEAN                              EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 05-24-2004 | Statutory Notice of Intent to Levy | | | |
| 10-09-2006 | Statutory Notice of Balance Due | | | |
| 01-08-2007 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JAY MCKEAN                              EIN/SSN: ██████████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001
--------------------------------------------------------------------------------

BALANCE            0.00
--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME: __Linda L. Drake__

TITLE: __Supervisor Accounting Technician, Ogden W&I Submission Processing__

DELEGATION ORDER: __SW Delegation Order 198__

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 02/06/2008

FORM 4340  (REV. 01-2002)                    PAGE    4





# United States   of America

### Department of the Treasury
### Internal Revenue Service

Date: Feb. 06, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Jay McKean, SSN: ███████ for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2002, consisting of five pages ——————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

GOVERNMENT EXHIBIT 4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

JAY MCKEAN                           EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 25,459.00 | | | |
| | TAXABLE INCOME 17,759.00 | | | |
| 06-05-2004 | SUBSTITUTE FOR RETURN 29210-888-00000-4 | 0.00 | | 06-28-2004 |
| | LATE FILING PENALTY 20044908 | 532.35 | | 12-20-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-734-00678-4  20044908 | 2,366.00 | | 12-20-2004 |
| 12-20-2004 | RENUMBERED RETURN 29247-734-00678-4 | | | |
| | INTEREST ASSESSED 20044908 | 230.70 | | 12-20-2004 |
| | FAILURE TO PAY TAX PENALTY 20044908 | 248.43 | | 12-20-2004 |
| 03-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-21-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 03-21-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

JAY MCKEAN                          EIN/SSN: ▓▓▓▓▓▓▓

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-01-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-30-2005 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| | FAILURE TO PAY TAX PENALTY 20053908 | | 201.11 | 10-10-2005 |
| | FAILURE TO PAY TAX PENALTY 20063908 | | 141.96 | 10-09-2006 |
| 02-05-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-02-2007 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-29-2007 | OVERPAID CREDIT APPLIED 1040        199912 | | 2,111.08 | |

FORM 4340  (REV. 01-2002)                     PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

JAY MCKEAN                          EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 06-25-2007 | OVERPAID CREDIT APPLIED 1040      199912 | | 367.80 | |
| 07-26-2007 | OVERPAID CREDIT APPLIED 1040      199912 | | 367.80 | |
| 08-17-2007 | OVERPAID CREDIT APPLIED 1040      199912 | | 367.80 | |
| 09-25-2007 | OVERPAID CREDIT APPLIED 1040      199912 | | 367.80 | |
| 10-22-2007 | OVERPAID CREDIT APPLIED 1040      199912 | | 367.80 | |
| | INTEREST ASSESSED 20074408 | 229.53 | | 11-12-2007 |
| 11-16-2007 | OVERPAID CREDIT APPLIED 1040      199912 | | 367.80 | |
| | INTEREST ASSESSED 20074808 | 367.80 | | 12-10-2007 |
| 12-08-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------

JAY MCKEAN                          EIN/SSN: ████████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-31-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-21-2007 | OVERPAID CREDIT APPLIED 1040         199912 | | 112.06 | |
| | INTEREST ASSESSED 20080408 | | 112.06 | 02-04-2008 |
| 02-04-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2004 | Taxpayer Deliquency Notice | | | |
| 12-20-2004 | Statutory Notice of Balance Due | | | |
| 01-10-2005 | Statutory Notice of Intent to Levy | | | |
| 10-09-2006 | Statutory Notice of Balance Due | | | |
| 01-08-2007 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                   PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------

EIN/SSN: ███████

JAY MCKEAN

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 2002

------------------------------------------------------------------

BALANCE        0.00

------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 02/06/2008

FORM 4340  (REV. 01-2002)                    PAGE    5

 

# United States of America

### Department of the Treasury
### Internal Revenue Service

Date:   Feb. 06, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Jay McKean, SSN: ████████, for U.S. Individual Income Tax Return (Form 1040), for the tax period ending December 31, 2003, consisting of three pages ————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

JAY MCKEAN                              EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------------------------|-----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 23,735.00 | | | |
| | TAXABLE INCOME 15,935.00 | | | |
| 03-18-2005 | SUBSTITUTE FOR RETURN 29210-888-00000-5 | | 0.00 | 04-11-2005 |
| | LATE FILING PENALTY 20060408 | | 458.78 | 02-06-2006 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-410-00088-6   20060408 | | 2,039.00 | 02-06-2006 |
| 02-06-2006 | RENUMBERED RETURN 29247-410-00088-6 | | | |
| | INTEREST ASSESSED 20060408 | | 263.10 | 02-06-2006 |
| | FAILURE TO PAY TAX PENALTY 20060408 | | 224.29 | 02-06-2006 |
| 01-08-2007 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-15-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-24-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-----------------------------------------------------------------------

JAY MCKEAN                          EIN/SSN: 


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 12-08-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-31-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-21-2007 | OVERPAID CREDIT APPLIED 1040      199912 | | 279.74 | |
| 01-24-2008 | OVERPAID CREDIT APPLIED 1040      199912 | | 391.80 | |
| 02-06-2006 | Statutory Notice of Balance Due | | | |
| 03-13-2006 | Notice of Balance Due | | | |
| 07-17-2006 | Statutory Notice of Intent to Levy | | | |
| 11-20-2006 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

JAY MCKEAN                                    EIN/SSN: ▮▮▮▮▮▮▮

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2003

BALANCE        2,313.63

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME: _Linda L. Drake_

TITLE: _Supervisor Accounting Technician, Ogden W&I Submission Processing_

DELEGATION ORDER: _SW Delegation Order 198_

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 02/06/2008

FORM 4340 (REV. 01-2002)                  PAGE    3

**Department of Treasury**
**Internal Revenue Service**
OGDEN, UT  84201

Letter Number: 3219(SC/CG)
Letter Date: JUNE 4, 2003

Taxpayer Identification Number:

7112 7667 8555 3619 1231

Tax Form: 1040

Tax Year Ended and Deficiency
DECEMBER 31, 1999      $2,509.00

Contact Person:
MR.PARIZEK   29-61699

Contact Telephone Number:
(866) 899-9083
(TOLL FREE NUMBER)
Hours to Call:
7:00 AM TO 7:00 PM MON-FRI

Last Date to Petition Tax Court:
SEPTEMBER 2, 2003

JAY C & FAYE MCKEAN
RT 1 BOX 2031
ROBERTS, MT  59070-9610319

Penalties/Additions to Tax

| | | |
|---|---|---|
| IRC Section | 6651(a)(1) | $627.25 |
| IRC Section | 6654(a) | $121.42 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (801) 620-7168 or writing to:

> OGDEN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9941, STOP 1005
> OGDEN, UT 84409

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Timothy A. Towns*

TIMOTHY A. TOWNS
COMPLIANCE CENTER
OGDEN Service Center

Enclosures:
Copy of this letter
Waiver
Envelope

Cat. No. 27500P                    Letter 3219(SC/CG) (08-1999)

| FORM 5564(Rev. June 1992) | Department of the Treasury --- Internal Revenue Service<br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols<br>OGDEN<br>STOP 4388 |
|---|---|---|

Name and Address of Taxpayer(s)                                    JUNE 4, 2003

    JAY C & FAYE MCKEAN
    RT 1 BOX 2031
    ROBERTS, MT   59070-9610319

Kind of Tax                    ☐  Copy to Authorized Representative

INDIVIDUAL INCOME

| Tax Year Ended | | **DEFICIENCY** | |
|---|---|---|---|
| DECEMBER 31,   1999 | Increase in Tax    $2,509.00 | | Penalties |
| | IRC Section  6651(a)(1) | | $627.25 |
| | IRC Section  6654(a) | | $121.42 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

FORM 5564(Rev. 6-92)



**Department of Treasury**
**Internal Revenue Service**
OGDEN, UT 84201

Letter Number: 3219(SC/CG)
Letter Date: JUNE 4, 2003
Taxpayer Identification Number:

7112 7667 8555 3619 1248

Tax Form: 1040

Tax Year Ended and Deficiency
DECEMBER 31, 2000    $2,621.00

JAY C & FAYE MCKEAN
RT 1 BOX 2031
ROBERTS, MT 59070-9610319

Contact Person:
MR. PARIZEK    29-61699

Contact Telephone Number:
(866) 899-9083
(TOLL FREE NUMBER)
Hours to Call:
7:00 AM TO 7:00 PM MON-FRI

Last Date to Petition Tax Court:
SEPTEMBER 2, 2003

Penalties/Additions to Tax

| | | |
|---|---|---|
| IRC Section 6651(a)(1) | | $655.25 |
| IRC Section 6654(a) | | $140.02 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and <u>the Court cannot consider your case if the petition is filed late.</u> As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

GOVERNMENT EXHIBIT 7

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (801) 620-7168 or writing to:

> OGDEN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9941, STOP 1005
> OGDEN, UT 84409

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

Timothy A Towns

**TIMOTHY A. TOWNS**
**COMPLIANCE CENTER**
**OGDEN Service Center**

Enclosures:
Copy of this letter
Waiver
Envelope

Cat. No. 27500P          Letter 3219(SC/CG) (08-1999)

| FORM 5564(Rev. June 1992) | Department of the Treasury --- Internal Revenue Service | Symbols |
|---|---|---|
| | **NOTICE OF DEFICIENCY - WAIVER** | OGDEN STOP 4388 |

Name and Address of Taxpayer(s)                                    JUNE 4, 2003

JAY C & FAYE MCKEAN
RT 1 BOX 2031
ROBERTS, MT  59070-9610319

| Kind of Tax | ☐ Copy to Authorized Representative |
|---|---|
| INDIVIDUAL INCOME | |

| Tax Year Ended | DEFICIENCY | |
|---|---|---|
| DECEMBER 31,  2000 | Increase in Tax   $2,621.00 | Penalties |
| | IRC Section  6651(a)(1) | $655.25 |
| | IRC Section  6654(a) | $140.02 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

FORM 5564(Rev. 6-92)

2226

June 12, 2003

REGISTERED MAIL RECEIPT #:*700 23150-0003- 9491*

**DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE**
**REGIONAL DIRECTOR OF COMPLIANCE**
**OGDEN, UTAH** 84201

Jay C. McKean
Rt. 1, Box 2031
Roberts, Montana 59070

Re: Type Of Form: <u>1040</u>  For Year Ended: <u>December 31, 1999</u>  Amount Due: <u>$ 2,509.00</u>
Unlawfully Assessed Amount: <u>$ 2,509.00</u>  **DISCHARGED FOR FRAUD.**
Date Of Form: <u>June 4, 2003</u>  Date Received: <u>June 6, 2003</u>

# PETITION OF PROTEST AND NOTICE OF DEFENSE

## Verified Statement of facts upon which Petitioner Relied in Making Determination of Nontaxpayer Status

**NOTICE:** This Demand for an <u>Administrative Quash</u> is a protected special appearance pursuant to CCP 418.10(d).

I, Jay C. McKean, domiciled in Roberts, Carbon County, Montana, where I have maintained such status since 1966, am a natural born Citizen, engaged therein, in an occupation of common right pursuant to the 9th Amendment, and receiving no social security wages or income under the Public Salary Act of 1939, or any revision thereof, hereby, timely object to your accusation that I have incurred a purported tax liability, as contained in the attached form entitled, NOTICE OF DEFICIENCY [Letter 3219(SC/CG)] received by me on or about June 6, 2003, which I HEREBY QUASH AND DISCHARGE FOR FRAUD, in its entirety. This is a demand that this unlawful, unattested counterfeit presentment be quashed and the alleged Notice be immediately withdrawn, on the grounds of fraud and a lack of in personam and subject matter jurisdiction for causes contained herein.

1. This constitutes a general demurrer to your accusation in its entirety on the grounds that it is unsigned, unverified, and unsupported by a sworn affidavit, denying me the right to know and face my accuser and making such accusation merely hearsay and nonadmissable. Your accusatory presentment further, lacks jurisdictional grounds and deprives me of my right to know the nature and the cause of this action.

   Further, pursuant to Fed. R Civil P.12(b), this constitutes a Motion to Dismiss for (1) lack of jurisdiction over my person, (2) improper venue, (3) insufficiency of process, (4) insufficiency of service of process and (5) failure to state a claim upon which relief can be granted.

2. I object to the form of the accusation on the grounds that it does not state facts sufficient to entitle accuser to relief. It is so indefinite, uncertain, ambiguous, unintelligible and vague that I cannot identify the transaction, contract or statute that created the liability so that I may prepare my defense.

Page 1 of 15

RECEIVED IN CORRES
IRS - OSC -628

JUN 2 0 2003

OGDEN UTAH

26 CFR §1.1-1(c), makes it clear that the Title 26, Subtitle A, graduated income tax is imposed upon "citizens" as defined in the following *term*:

*"Who is a citizen:* Every person born or naturalized in the United States *and subject to its jurisdiction* is a citizen."

**3A Am Jur 1420. Aliens and Citizens;** "A Person is born **subject to the jurisdiction of the United States.** [i e. subject to its jurisdiction] for purposes of acquiring citizenship at birth, if this birth occurs in a **territory over which the United States is sovereign.** ."

"The **persons** declared to be citizens are: "All **persons**, *born or naturalized in the United States* and **subject to the jurisdiction thereof.**" The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States, but **completely subject**" - **Elk v. Wilkins** 112 US 94,101,102 (1884)

I was born in one of the several states of these united States of America, under the Constitution and the organic law. I was not born in a *territory* over which the United States is sovereign, and am not a "citizen *subject to its jurisdiction."*

**Black's 6th Law Dictionary** - *District of Columbia...* Legally it is neither a state nor a territory. but is made subject by the Constitution, to the exclusive jurisdiction of the United States."

**Black's 6th Law Dictionary.** *Territory:* "A portion of the United States, not within the limits of any state, which has not yet been admitted as a state of the Union, but is organized with a separate legislature, and with executive and judicial officers appointed by the President. See trust territory.

**Ballentine's Law Dictionary.** *Territory.* 1. "A geographical region over which a nation exercises sovereignty, but whose inhabitants do not enjoy political, social or legal parity with the inhabitants of other regions which are constitutional components of the nation. With respect for the United States, for example, Guam or the Virgins Islands as opposed to New York, California or Texas."

**Bouvier's Law Dictionary;** Territory: "A part of the country separated from the rest and subject to a **particular** jurisdiction. A portion of the country subject to, and belonging to the United States which is **not within the boundary of any state** or the District of Columbia. 262 U.S. 122; 3 Wheat 336, 390 ...The United States has supreme sovereignty **over a territory.** [i.e Puerto Rico, Guam, Virgins Islands] and congress has full and complete legislative authority over its people and government 136 U.S. 1. **In Relation to the United States:** "...It is held as a well-established doctrine that the territories of the United States are entirely subject to the legislative authority of congress. They are **not organized under the constitution,** nor subject to its complex distribution of powers of government as the organic law, but are a creation, exclusively of the legislative department, and subject to its [Congress'] supervision and control..." 96 Fed. Rep. 456, citing 16 How. 1 Kent, 243, 359,1 Pet. 511164; 101 U.S. 129; 114 U.S. 15; 136 U.S. 1; 143 U.S. 135; 141 U.S. 174; 152 U.S. 1.

8. I object to your accusation on the grounds that your agency has no jurisdiction over me because you have not defined what law you are operating under, making it impossible for me to determine the applicable remedy or prepare a proper defense. I do not know whether you are utilizing admiralty law, the laws of commerce, civil law, the common law, equity or are merely attempting to take my property against the law.

9. I object to your accusation on the grounds that your agency lacks jurisdiction over me because it is not within the power of the United States (or a State, pursuant to the federal conformity clause), or any agency or instrumentality thereof, to impose a mandatory graduated, non-apportioned income tax on property belonging to citizens of these United States, including but not limited to, compensation for labor in the private sector. Your agency is further prohibited from imposing a mandatory tax upon the free exercise of any right guaranteed by the Constitution. The apportionment clauses of the Constitution have never been repealed.

Article 1: Section 2, Clause 3; "Representatives and **direct taxes** shall be **apportioned**" among the several states which may be included within this Union, **according to their respective numbers...**" **Article I, Section 9, Clause 4:** "No Capitation**, or **other direct tax,** shall be laid, unless in proportion to the census or enumeration herein before directed to be taken."

*Apportion: "To distribute or allocate in equal proportions. For example, if the government needed $1 Billion and there were 200 Million people, an apportioned tax would equate to $5 per person. "Capitation Tax means. "a tax imposed upon a person at a fixed rate, regardless of the taxpayer's ability to pay. occupation, assets, or income."

The graduated income tax is not an apportioned tax and, therefore, cannot be imposed upon property.

"*Direct taxes bear immediately upon **persons,** upon **possessions** and **enjoyments of rights**...*"
Knowlton v. Moore. 178 U.S. 41.

"*The Sixteenth Amendment must be construed in connection with the taxing clauses of the original Constitution and the effect attributed to them before the Amendment was adopted*"
Eisner v. Macomber 252 U.S. 189, at 205 (1920)

The reason that the income tax has not been ruled to be unconstitutional is because it is **not** imposed, by law, upon the compensation for labor or upon the right to labor, of the Citizens of the several states of these united States. It is only imposed upon corporate gains and profits **severed from** capital (which is the true meaning of the word, income) and upon the exercise of government granted privileges.

9.   I object to your accusations that I have a tax liability on the ground that I earned no income which could create a basis for a tax liability by your agency.

**Income,** as defined by the supreme Court is, "*gains and profits as a result of corporate activity and profit gained through the sale or conversion of capital assets.*" **Stanton v. Baltic Mining Co.** 240 U.S. 103, **Stratton's Independence v. Howbert** 231 U.S. 399. **Doyle v. Mitchell Bros. Co.** 247 U.S. 179, **Eisner v. Macomber** 252 U.S. 189, **Evans v. Gore** 253 U.S. 245, **Merchants Loan & Trust Co. v. Smietanka** 225 U.S. 509.

"*...Income tax statutes apply only to state created creatures known as Corporations no matter whether state, local or federal.*" **Colonial Pipeline Co, v. Traigle,** 421 US 100 (1975)

U.S.C.A Amed. 16 note 62.
"The word "income" as used in this [16th] amendment **does not include a stock dividend,** since such a dividend is **capital** and **not income** and can be taxed only if the tax is apportioned among the several states in accordance with Art. 1 Sec. 2, cl.3 and Art. 1, Sec. 9, cl. 4 of the Constitution." **Eisner v. Macomber. N.Y.** 1929, 252 U.S. 189, **Walsh v. Brewster, Conn,** 1921,255 U.S. 536.

**Black's 3rd Law Dictionary:** Income. Income is the **gain** which proceeds *from* labor, business or property;... **Trefry v. Putnam.** 116 N.E. "Income is the **gain** derived* from capital, from labor or from both combined.. something of exchangeable value, proceeding from the property, **severed from the capital**...and drawn by the recipient for his separate use..." **Etsner v. Macomber** 40 S. Ct 189,252 U.S. 189, L. Ed. 521, 9 A.L.R. 1570**. Goodrich v. Edwards. 41 S. Ct. 390,255 U.S. 527, 65 L. Ed 758. *Income* is something which *has grown out of capital*, **leaving the capital unimpaired and intact.** Cavit v. Irwin (D.C.) 275 F. 643, 645***. "Income is used—in law in contradistinction [contrast, opposition] to "capital." 21 C.J. 397*** Income, [gains and profits] ..is something produced by capital **without impairing such capital,** the **property being left intact,** and **nothing can be called income which takes away from the property itself.** - Sargent Land Co. v. Von Baumbach (D.C.), 207 F. 423, 430. **Black's 4th Law Dictionary:** "The **gain** *derived from* capital, *from* labor, or both combined. Including profit *from* the sale or conversion of capital; income is not a gain accruing [being added to] to capital or a growth in the value of the investment, but is a **gain,** a **profit,** proceeding **from the property, severed from the capital,** however invested and coming in, being derived, that is, received or drawn by the recipient for his separate use, benefit or disposal."
Goodrich V.Edwards. 41 S. CT. 390,255 U.S. 527, 65 L.Ed. 758.

**\* Derived:** *"obtained from a parent substance or source.." -* **Webster's Dictionary**

U.S.C.A Amend 16, Note 64. *"The meaning of "income "--in this Amendment [16th] is the gain derived from or through the sale or conversion of capital assets: from labor or from both combined; not a gain accruing to capital, or growth or increment of value in the investment, but a gain. a profit, something of exchangeable value, proceeding from the property, severed from the capital, however employed and coming in or being "derived," that is, received or drawn by the recipient for his separate use."* **Tafty v. Bowers.** N.Y. 1929.49 S.Ct 199, 278 U.S. 470, 73 L.Ed. 460.

**Eisner vs. Macomber.** 252 U.S. 189. *"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance, without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution from which it derives its power, and within whose limitations alone, that power can be lawfully exercised...[income] Derived-from-capital-the-gain-derived-from-capital, etc Here we have the essential matter—not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value...severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use."*

*"Under the Internal Revenue Act of 1954 [and all other Internal Revenue Acts] If there is no gain, there is no income."* - 26 U.S.C.A '54, Sec. 61(a).

**U.S. v. Balard.** 575 F. 2D 400 (1976), **Oliver v. Halstead,** 196 VA 992; 86 S.E. Rep. 2D 858: "There is a clear distinction between 'profit' and 'wages' or compensation for labor. Compensation for labor cannot be regarded as profit within the meaning of the law... *The word "profit is a different thing altogether from mere compensation for labor."*

*"Income within the meaning of the Sixteenth Amendment and Revenue Act,* means *'gains'...*and in such connection *'gain' means profit...*proceeding from property, *severed from capital,* however invested or employed and coming in, received or drawn by the taxpayer, for his separate use, benefit and disposal. *Income is not a wage or compensation for any type of labor."* **Staples v. U.S., 21 F. Supp-** 737, 7-^0 (10),

*"The claim that salaries, wages and compensation for personal services are to be taxed as an entirety and therefore must be returned by the individual who performed the services which produced the gain is without support either in the language of the Act or in the decisions of the courts construing it and is directly opposed to provisions of the Act and to regulations of the Treasury Department which either prescribe or permit that compensation for personal services be not taxed as an entirely and not be returned by the individual performing the services. It is to be noted that by the language of the Act, it is not "salaries, wages or compensation for personal services that are to be included in gross income." That which is to be included is "gains, profits, and income derived from salaries, wages or compensation for personal service."* **Lucas V. Earl.** 281 U.S. 111 (1930)

*One does not derive income by rendering services and charging for them."*
                                                                    **Edwards v. Keith.** 231 Fed Rep 1

The following rulings are quoted from **Conner v. United States.** 303 F. Supp. 1187 (1969) pg. 1191:
   "[1] ...It [Income] is not synonymous with receipts." 47 C.J.S. IRC §98. p. 226."
   "[2]    Whatever may constitute income, therefore, must have the essential feature of gain to the recipient. This was true when the 16th amendment became effective, it was true at the time of the decision in Eisner vs. McComber (supra), it was true under section 22(a) of the Internal Revenue Code of 1939, and it is true under section 61(a) of the Internal Revenue Code of 1954. If there is no gain, there is no income.
   ...Congress taxed income [gains] not compensation."

**Merchant's Loan and Trust Company v. Smietanka.** 255 U.S. 518, 519 (1921) "There would seem to be no room to doubt that the word (income) must be given the same meaning in all income tax acts of Congress that was given to it in the Corporation Excise Tax Act and what that meaning is has now become definitely settled by decisions of the Court.

"Whatever difficulty there may be about a precise and scientific definition of 'income,' it imports...the idea of gain or increase arising from corporate activities...We must reject...the broad contention submitted on behalf of the Government that all receipts, everything that comes in is income within the proper definition of gross income..." **Doyle v. Mitchell.** 247 U.S. 179 (1921)

Page 5 of 15

26 CFR §1 6012-I(a)(6). **Form of Return.** - **Form 1040** or state tax form is prescribed for general use in making the return required under this paragraph. 26 CFR §1.6072-1(a) **Time for filing of Returns of Individuals**...(a) In general .returns of income required under section(s) 6012 of individuals...*having an office or place of business in the United States*...shall be filed on or before the fifteenth day of the fourth month after the close of the taxable year. This makes it clear that the 1040 Form or state tax Form is used for calculating *gains and profits* for individuals doing business in the United States [26 CFR 1.91 I-2(g). The *term* United States when used in a geographical sense includes any <u>territory under the sovereignty of the United States</u>. Because the Constitutional Rules of Apportionment are not applicable in such territories (as previously evidenced), it is not necessary that the business be a privileged corporation]. The 1040 Form or state tax Form is also utilized by officers and employees of the Government, exercising an "official privilege" by such *public* employment. The tax is then measured by the income obtained in the exercise of such privilege.

**Bouvier's Law Dictionary, Baldwin's Student Edition,** 1946; Income:
"<u>Income under Corporation Tax of 1909:</u> "Income employed in *natural sense,* as importing something <u>distinct profit</u> principal or capital, and conveying idea of gain or increase from corporate activities.

The intent of Congress regarding the meaning of the word *income as* used in the 16th Amendment, is obvious in the following excerpt from the <u>Congressional Record of 1913</u>, pgs. 3843, 3844, by Senator Albert B. Cummings:

*"I want to make a lawyers argument that the authority of the Congress of the United States with regard to this subject [income], is not unlimited... Our authority is to levy taxes on income. I assume that every lawyer will agree with me that we can not legislatively interpret the meaning of the word. 'income.' That is purely a judicial matter... The word income had and has a well defined meaning before the [16th] Amendment to the Constitution was adopted. It has been defined in all of the courts of this country. If we [Congress] could call it [income] anything that we pleased, we could obliterate all the distinction between income and principal. The Congress cannot affect the meaning of the word 'income' by any legislation, whatsoever ...Obviously, the people of this country did not intend to give Congress the power to levy a direct tax on all of the property in this country without apportionment."*

*" ...The true function of the words 'gains' and 'profits' is to limit the meaning of the word 'income' and to show its use only in the sense of receipts which constituted an accretion to capital. So the junction of the word 'income' should be to limit the meaning of the words 'gains' and 'profits' "*
<u>Southern Pacific v. Lowe.</u> Federal Reporter Vol. 238 pg. 850.

Capital, whether originally coming from compensation, wages, or any other form, may be a *source* of gains or profits constituting income. However, such original capital is not *income* in and of itself, and cannot be taxed as income. It is only the resulting gain or profit severed from capital that is *income*. Then it is only taxable if such income is earned within the jurisdiction of the taxing authority, after applicable deductions.

<u>Earnings:</u> That which is earned; money earned; the price of services performed; the reward of labor; money or the fruits of proper skill, experience, industry; ...derived without the aid of capital." merited by labor, services, or performances." Earnings are not income.
<u>Saltzman v. City of Council Bluffs,</u> 214 Iowa, 1033,243 N.W. 161, 162.

10. I object to your accusations that I have a tax liability on the grounds that your agency has no jurisdiction over me because it has been well settled by the supreme court that the income tax is an <u>excise</u> tax, which is synonymous with a privilege tax. I am exercising no corporate privileges, official privileges or any other privileges upon which such an income tax could be mandatorily imposed.

*"The conclusion reached in the Pollock case—recognized the fact that taxation on income was, in its nature, an excise, entitled to be enforced as such."*
Brushaber v Union Pacific Railroad Co. 240 U.S 1,16-17

71 Am Jur 2nd, under State and Local Taxation: Excise: "In its modern sense, an excise tax is any tax which does not fall within the classification of a poll tax" or a property tax, and which <u>embraces every form of burden not laid directly upon persons or property.</u> Idaho Gold Dredging Ca. v. Balderston. 58 Idaho 692; Dooley v. Detroit 370 Mich 194, Foster & C. Co. v. Graham, 154 Tenn 569.

In summary, this court is stating that there are only two types of taxes in the United States. A tax must either be a direct tax, in which case it is subject to the rules of apportionment, or a privilege tax. A privilege tax can never be imposed upon the exercise of a right under the Constitution."

*"The term "excise tax" is synonymous with "privilege tax."* and the two have been used interchangeably." Foster & C. Co. v. Graham, 154 Tenn 412, 285 SW 570, 47 ALR 971. Whether a tax is characterized in the statute imposing it as a privilege tax, or an excise tax, is merely a choice of synonymous words, for *an excise tax is a privilege tax.* • Bank of Commerce & T. Co. v Senter, 149 Tenn 569,260 SW 144. American Airways v. Wallace, 57 F.2d, 877, 880.

An excise is., a duty levied upon licenses to pursue certain trades or deal in certain commodities, upon official privileges, [i.e. a government job] etc. Black v. State. 113 Wis 205, 89 NW 522.

*"The obligation to pay an excise is based upon the voluntary action of the person taxed in performing the act, enjoying the privilege, or engaging in the occupation which is the subject of the excise, and the element of absolute and unavoidable demand is lacking."* [i.e. If you don't want to pay the tax, simply don't exercise the privilege.] People ex rel. Atty Gen. v Naglee. 1 Cal 232; Bank of Commerce & T. Co. v. Senter. 149 Tenn. 441, 381 SW 144.

The income tax is not a tax on actual income, but a tax imposed upon a privilege measured by the gain (income) that results from the exercise of that privilege.

"EXCISES:  "Excises are taxes laid upon the manufacture, sale or consumption of commodities within the country, upon licenses to pursue certain [regulated] occupations and upon corporate privileges. the requirement to pay such taxes involves the exercise of privilege.. .Conceding the power of Congress to tax the business activities of private corporations...the tax must be measured by some standard...It is, therefore, well settled by the decisions of this court that when the sovereign authority has exercised the right to tax. a legitimate subject of taxation as an exercise of a franchise or privilege. it is no objection that the measure of taxation is found in the income..."
Flint v. Stone Tracy Co., 220 U.S. 107, at pg 154, 165

"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter power to the state, but the individual's right to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."  Redfield v. Fisher. 292 Oregon 814,817

Franchise Tax.    A tax on the franchise of a corporation, on the right and privilege of carrying on business in the character of a corporation, for the purposes for which it was created, and in the conditions which surround it. Though the value of the franchise, for the purposes of taxation, may be measured by the amount of business done, or the amount of earnings or dividends, or by the total value of the capital or stock of the corporation in excess of its tangible assets, a franchise tax is not a tax on either property, capital, stock, earnings or dividends.

"Legislature... cannot name something to be a taxable privilege unless it is first a privilege." [Taxation West Key 53]... The Right to receive income or earnings is a right belonging to every person and realization and receipt of income is, therefore, not a "privilege that can be taxed." [Taxation West Key 933] - Jack Cole Company v. MacFarland. 337 S.W. 2d 453, Tenn.

11.    I object to your accusations on the grounds that you have no jurisdiction over me because this action was not properly authorized. This action is not made in accordance with, 55 FR 47633, Nov. 14, 1990, 301.7401-1 and 27 CFR 70.191.

Pursuant to §301.7401-1: *"Authorization, -(a) "No Civil action for the collection or recovery of taxes. or of any fine. penalty, or forfeiture shall be commenced unless, the Commissioner or the Director, Alcohol, Tobacco and Firearms Division...or the Chief Counsel for the Internal Revenue Service or his delegate authorizes or sanctions the proceedings and the Attorney General or his delegate directs that the action be commenced."*

S5 F.R. 47633,27 CFR 70.191 Authorization:
(a) In general ·No civil action for the collection or recovery of taxes, or any fine, penalty, or forfeiture (with respect to *the provisions of 26 U.S.C. enforced and administered by the Bureau*) shall be commenced unless the *Director, Bureau of Alcohol, Tobacco and Firearms*, or designated delegate, or the Chief Counsel *for the Bureau*, or designated delegate, directs that the action be commenced.

12. I object to your demand on the grounds that you have no jurisdiction because no valid, signed and attested *Summary Record of Assessment* (Form 23C) or Form 4340 evidencing a tax liability has been recorded in the Office of the Secretary, in accordance with the law. Therefore, there is no valid tax liability upon which to base this demand. If such an Assessment does exist, this is a demand a copy for such copies.

"*Absent an assessment, there is no debt,* as the debt only attaches when the assessment is properly made. Bull v. U.S., 914 F.2d 245, and for a tax liability to be duly collectible, it must have been properly assessed. In Re Western Trading Co., 340 F. Supp. 1130 (D. Nev. 1972); Estate of Goete v. U.S., 286 F.Supp. 128, at 131 9d.Mo. (1968). "These statutory procedures must be followed in the process of administratively collecting taxes." U.S. v Berman 825 F.2d 1053, 1055 (CA 6 1987).

It is well established in law that in order to have a valid sale, there must be a valid seizure; and to have a valid seizure, there must be a valid lien; and to have a valid lien—there must be a signed 23C [Summary Record of Assessment] and a Form 4340 [Certificates of Assessments and Payments] *before there is a valid assessment.* Coplin v. U.S., 952 F.2d 403; Fullmer v. U.S., 93-U.S. Tax case. P50, 657; U.S. v. McCallum., 970 F.2d 66; Brewer v. U.S., 746 F.Supp. 309; Geiselman v. U.S., 961 F.2d 1; Tweedy v. U.S., 74 AFTR 2d 5003; Fisher v. U.S., 860 F.Supp. 680. A proper assessment must also have IRS Form 2866, "Certification of Transcript." an IRS form 4340 "Certificate of Assessment" (IRS document 7130 at page 33), and must come from the service center and, the procedural assessment itself must be pursuant to IRM-HB1272 and 48 (13).

13. I object to your demand on the grounds that it does not constitute a valid *Notice of Deficiency*, requiring a *bona fide,* authentic, hand-written signature, attested to be made under lawful authority under the penalties of perjury, has not been sent to me via Registered or Certified mailing, as required by Regulations.

IR Manual 512 (1-5-83)                                                    8(24)50

"Preliminary Notices of Deficiency Procedure

"...(5)  The [Deficiency] Notice is signed in pen and ink on behalf of the Commissioner by the approving Appeals Officer... Any copies of the statutory notice letter which are used for the originals or duplicate originals should have a handwritten signature and not a facsimile or reproduced signature..."

"An assessment is illegal and void if no required [valid] deficiency notice is sent to the taxpayer." - United States v Williams (1958 DCNY) 161 F Supp 158. 58-1 USTC 9213. (20 Fed Proc, L Ed 48:440.)

# Affidavit Challenging Jurisdiction

Please be advised that your information regarding my implied tax liabilities is in error. My filing status should be MFR-01 - I am *not required to make or file a Form 1040 or state tax return.*

I, the undersigned affiant, Jay C. McKean, Sui Juris, hereby attest that the following is true, correct and complete:

14. Pursuant to my IMF, my filing status should be, MFR-01 – I am **"not required to make or file a form 1040 return."**

15. By reason of 26 USC Sec. 6071, and information contained herein, no return has been due to be filed. If any person has filed any income tax return for this period, on behalf of affiant, such return has been illegally and unlawfully filed and is without force or effect.

16. I have personal knowledge of each of the facts as stated herein.

17. I am of lawful age and am competent to make this Affidavit. I am not a ward of, under the guardianship of, or under the conservatorship of, another person or entity. This sworn affidavit is made as a matter of public record, in my own sovereign right, in Sui Juris capacity, propria persona.

18. I am domiciled and living in Carbon County, Montana, where I have occupied such status since 1966.

19. I am engaged in a private occupation of common right, in the private sector in Montana.

20. I have never lived, worked, received income, in or from any source within, or effectively connected to; the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Guam, America Samoa, or any other territory, federal enclave or instrumentality within or belonging to, the United States, having its origin and jurisdiction from **Article I, §8, Cl. 17,** or **Article IV, §2, Cl. 3** of the Constitution of the United States, and I have no "minimum contacts" therein.

21. I am not an officer, employee, elected or appointed official of the United States, the District of Columbia, or of any agency or instrumentality of the United States or the District of Columbia, or of a State or Territory, or of any agency, instrumentality or political subdivision thereof.

22. I have not received or generated any social security wages or income under the Public Salary Act of 1939 (76th Congress, 1st Session, Chap. 59, pgs 574,575) or the Buck Act, Public Law 817-76th Congress. 4 USC Sec. 101 through 113.

23. I am a natural born unenfranchised Citizen, under the Constitution and protected by the organic law.

24. I am not engaged in any trade of business, as such term is defined in 26 U.S.C. or 26 CFR.

25. I am not engaged in any Revenue Taxable Activities, including, but not limited to the manufacture or distribution of alcohol, tobacco, firearms, wagering, narcotics or any form of imports or exports.

26. I am not a member of the armed forces.

27. I am not a seaman.

28. I am not an incompetent Indian.

29. I am not an officer of a corporation or an employer who is under a duty to withhold.

30. I am not a **citizen subject to its jurisdiction,** upon whom Congress has the authority to impose a graduated income tax, as defined in 26 CFR 1.1. (c)

31. I earned no income, gains and/or profits as such word is lawfully defined, for the years in question.

32. I am exercising no corporate privileges, official privileges or other privileges upon which an income tax could mandatorily be imposed.

33. I am not involved in any form of interstate commerce.

34. I do not have an office or place of business within the United States as such term is defined in 26 USC.

**In summary:**

I incurred no liability for income taxes imposed under Subtitle A of Title 26, the Internal Revenue Code, in the preceding taxable years.

I anticipate that I will incur no liability for the income tax imposed under Subtitle A for the current taxable year.

I am not required, by law, to file a Form 1040 or state tax Form.

Pursuant **to federal conformity clauses,** filing requirements are the same for both 1040 federal and State income tax forms. Therefore, I am also not required to file a State Income Tax Form.

**I declare under penalty of perjury under the Laws of these united States of America that, to the best of my knowledge and belief, all of the foregoing is true and correct**

Sincerely,

Signed: Jay C. McKean

## Demand for an Impartial <u>Adjudicatory</u> Special Hearing of Record for the purpose of Defining the Rights of the Parties and Substantiating Purported In Personam and Subject Matter Jurisdiction over Affiant

This is a Notice of Defense in the form of an Objection to the assumed jurisdiction of your agency over me. If you do not intend to immediately quash the attached presentment, this is a Demand for a fair and impartial <u>Adjudicative Hearing of record</u> (Not an Audit or an Investigatory Hearing), pursuant to 26CFR 601.105 and 601.106 prior to any further collection action. This hearing will constitute a special and not a general appearance by Affiant purely for the purpose of substantiating jurisdiction by:

(1)   Providing Affiant Administrative Due Process;

(2)   Providing Affiant opportunity to confront witnesses;

(3)   Providing Affiant with DISCOVERY; and
      (Please have <u>all</u> answers to attached Administrative Interrogatories, available to Affiant at such Hearing.)

(4)   Providing Affiant with an opportunity to review evidence that agency relied upon in making the determination that Affiant was within its jurisdiction.

**NOTICE OF INTENT:** *By utilizing an Administrative Remedy, I am not acquiescing to your jurisdiction, to any defects at law, or to any unlawful actions taken by your agency. Such administrative hearings are rarely impartial and typically constitute a deprivation of a Citizen's right to a separation of powers protection, right to a trial by jury, right to confront witnesses, and the right to be heard on the merits of the case by a judge proficient in the law. I am merely attempting to amicably resolve this matter, prior to resorting an already clogged judicial court system. I intend to appeal any adversary ruling judicially, in a court of general and/or appellate jurisdiction, such court having been delegated powers to rule on matters of law and equity.*

## PRESERVATION OF ALL RIGHTS AT ALL TIMES

**26 U.S.C. 7804 (a) APPLICATION (b) PRESERVATION OF EXISTING RIGHTS AND REMEDIES.-** "Nothing in... [Reorganization Plan 26 or Title 26] shall be considered to impair <u>any</u> right or remedy, including trial by Jury, [or any other right] to recover any tax alleged to have been erroneously or illegally assessed or collected, or any penalty claimed to have been collected without authority, or any sum alleged to have been excessive or in any manner wrongfully collected under internal revenue laws or state taxing laws..."

I hereby preserve any and all of my rights under the Constitution and the laws of common law and equity. I will not voluntarily permit anyone to usurp my rights, nor am I designating anyone to be a binding arbitrator in any disputes of my Rights or equity. If your agency has a Constitutionally valid claim, you must adhere to Due Process of Law according to the Constitution, and I will remain an Involuntary Litigant in any such action.

- The rights of Respondent, as recognized in the Declaration of Independence are unalienable.

    *"We hold these truths to be self evident, that all men are created equal, that they are endowed by their Creator with certain <u>unalienable Rights</u>, that among these are life, liberty and the pursuit of happiness." Declaration of Independence ¶2*

- The right of Respondent to be secure in his person, house, papers, and effects is recognized and so stated in the 4th Amendment to the Bill of Rights of the Constitution of these united States of America.

    *"The right of the people to be secure in their persons, house, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrant shall issue, but upon probable cause. Supported by oath or affirmation, and particularily describing the place to be searched, and the persons or things to be seized."*

- The right of Respondent to be protected against ineffectual is recognized and so stated in the 5th Amendment to the Bill of Rights of the Constitution of these united States of America; in pertinent part; **"*no person shall be deprived of life, liberty, or property without due process of law.*"**

- The rights of Respondant to a speedy, public trial by an impartial jury, to be informed of the nature and cause of the accusation; to be confronted by witnesses against me, to have compulsory process for obtaining witnesses in my defense, and to have assistance of counsel, are recognized and so stated in the 6th Amendment to the Bill of Rights of the Constitution of these united States of America.

- The right of demandant to a trial by jury in any controversy exceeding $20, is recognized and preserved in the 7th Amendment to the Bill of Rights of the Constitution of these united States.

I object to your remedy which is to pay the disputed tax first and then sue for a refund. This would result in a material violation affecting my substantive rights, depriving me of the possessory interest of property belonging to me, prior to the due process of the law, and prior issuance of a warrant and probable cause affidavit. Further, it would bring my property into a jurisdiction foreign to me where your rules allow you to proceed against my property *in rem*, disregarding my property rights and giving you the judicial advantage of possession.

Any attempt to convert this Hearing into an Investigative Hearing or Audit before you substantiate your jurisdiction or a refusal to respond to this demand within 30 days, will constitute a default, *resjudicata*, by your agency.

**Pending this Hearing a stay of execution of collection is in effect.**

# Administrative Interrogatories

The attached Administrative Interrogatories are technical questions which need to be answered for the purpose of substantiating agency's claim of an income tax liability.

This information is necessary for Affiant to prepare a defense. Please have the below requested documents and answers to the following questions available at Affiant's hearing.

(1) Please provide the capacity of your agency or department, whether it be corporate, public, or private, and the State wherein such entity was originally created and the location of your current headquarters.

(2) Please provide the source of authority for your agency's or department's creation, whether it be pursuant to the Constitution or an Act of Legislation, and the title, nature, and date of such Act. Further provide all laws, regulations, federal register citations, and delegations of authority, from such source.

(3) As you are merely an agency, please provide for me the name(s) of the principal(s) holding the controlling interest in your agency and the full legal names and addresses of the chief executive officers) of such principal(s), for the purpose of effectuating proper service to the proper parties.

(4) Please provide the Statute, implementing Regulation and Federal Register citation, which promulgated a requirement to file a 1040 or state tax Form into law.

(5) Please provide a copy of a valid certified Summary of Assessment (23C) applicable to me signed under the penalty of perjury that it is true and correct as well as evidence that it was lawfully filed.

(6) Please provide a copy of an original valid Deficiency Notice signed in ink with a de jure, bona fide authentic signature as required by your procedures and the law.

(7) Please provide a copy of all evidence and information upon which you relied to make the determination that I was within the jurisdiction of your agency and had a tax liability.

(8) In order that I may plan a defense on the grounds that your entity lacks jurisdiction over my person and the subject matter, please inform me of the law you are operating under, _i.e._ admiralty, equity, common law, commerce, contract, international law, civil law, etc.

(9) If you believe that I am involved in any Revenue Taxable Activity or a Regulated Licensed activity, what is the nature of such activity?

(10) If you believe I am operating a business or have an office in the United States, please provide the name of such business and its locality.

(11) Please provide the full legal names, Social Security numbers, and Badge Numbers of the agent and his/her superior who has been assigned this case, as well as copies of such employees' _oaths of office_ and _bonds._

(12) Please provide the complete and lawful definition of the word "income," that you are relying upon in determining that I have an "income tax" liability.

## NOTICE

This Affidavit and all attached documents have been made a part of the Public Record and will be used for the purpose of establishing an Administrative Record which will be provided as evidence in any Judicial proceedings at law or equity regarding this case. All of these documents must be maintained in my File. Failure to respond to this Notice within 30 days will mean you have quashed this erroneous demand. The doctrine of _estoppel by acquiescence_ and _resjudicata_ will prevail, barring any future proceedings against me, and any and all property belonging to me.

Page 13 of 15

# Demand to Cease and Desist Collection Activities Prior to Validation of Purported Debt

Pursuant to the **Fair Debt Collection Practices Act,** 15 U.S.C.A §§1601, 1692 et al, this constitutes timely written notice that, I decline to pay the attached erroneous purported debt which is unsigned and unattested and which I discharge and cancel in its entirety, without dishonor, on the grounds of breach, false representation and fraud.

15 U.S.C. §1692 (e) States: A false, deceptive, and misleading representation in connection with the collection of any debt, includes the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legally be taken a deceptive practice.

Such Notice omits information which should have been disclosed, such as vital citations disclosing the agency's jurisdictional and statutory authority. Said Notice further contains false, deceptive and misleading representations and allegations, intended to intentionally pervert the truth for the purpose of inducing me, in reliance upon such, to part with property belonging to me and to surrender certain substantive legal and Constitutional rights. To act upon this Notice would divest me of my property and my prerogative rights, resulting in legal injury to me.

Pursuant to 15 US C 1692g (4), **Validation of Debts:** if you have evidence to validate your claim that the attached presentment does not constitute fraudulent misrepresentation and that I owe this alleged disputed debt, this is a demand that, within 30 days, you provide such validation and supporting evidence to substantiate your claim. Until the requirements of the **Fair Debt Collection Practices Act** have been met and your claim is validated, you have no jurisdiction to continue any collection activities.

This is constructive notice that, absent the validation of your claim within 30 days, you must cease and desist any and all collection activity and are prohibited from contacting me through the mail, by telephone, in person, at my home, or at my work. You are further prohibited from contacting my employer, my bank, or any other third party. Each and every attempted contact in violation of this Act will constitute harassment and defamation of character and will subject your agency and/or board and any and all agents in his/her/their individual capacities, who take part in such harassment and defamation, to a liability for actual damages as well as statutory damages of up to $1,000 for each and every violation and a further liability for legal fees to be paid to any counsel which I may retain. Further, absent such validation of your claim, you are prohibited from filing any notice of lien and/or levy and are also barred from reporting any derogatory credit information to any Credit Reporting Agency regarding this disputed purported debt.

Further, pursuant to the **Fair Debt Collection Practices Act,** 15 USC 1692g(a), as you are merely an agency or board acting on someone else's behalf, this is a demand that you provide the name of the original principal or holder in due course, for whom you are attempting to collect this debt.

I hereby attest that, to the best of my knowledge and belief, the above information is true and correct.

*Jay C. McKean*

Signed: Jay C. McKean

## CERTIFICATE OF ACKNOWLEDGEMENT

Montana State )
                    ) SS
CARBON County )

I hereby certify that on this 12 day of JUNE, 2003,

JAY C. McKeAn

personally appeared to me (or proved to me on the basis of satisfactory evidence), to be the citizen(s) whose name(s) is/are subscribed to within the instrument and acknowledged to me that he/she/they executed the same in his/her/their individual capacity(ies), and that his/her/their signature(s) on the instrument are the said person(s), or the entity upon behalf of which the citizen(s) acted, executed the instrument.

H. Lynn Morgan   6-12-03

**NOTARY SEAL**

Notary's Signature            Date
H. Lynn MORGAN
My commission expires    8-10-2006
RESIDING AT Red Lodge

---

## PROOF OF SERVICE

I do hereby declare under penalty of perjury that I have served the party(s) named hereon with a true copy of the "PETITION OF PROTEST AND NOTICE OF DEFENSE; DEMAND FOR ADJUDICATORY SPECIAL REVIEW HEARING OF RECORD, IF DENIED; AND DEMAND TO CEASE AND DESIST COLLECTION ACTIVITIES PRIOR TO VALIDATION OF PURPORTED DEBT," by Registered Mail with Return Receipt Requested, on this 12 day of June, 2003.

Jay C. McKean
**Jay C. McKean**

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201



7112 7667 8555 3619 1231

' JAY C & FAYE MCKEAN
RT 1 BOX 2031
ROBERTS, MT  59070-9610319

To ensure both spouses receive this notice, we've sent an
individual copy to each of you.  Each copy contains the
same information as it relates to your joint account.   Any
balance owed or due should be paid only once.  If a refund
is shown we will issue the refund only once.

FOLD HERE                                    FOLD HERE                                                           FOLD HERE
-------------------------------------------------------------------------------------------------------------------

Internal Revenue Service
INTERNAL REVNEUE SERVICE
OGDEN SERVICE CENTER
OGDEN, UT 84201-0040

2240

June 12, 2003                    REGISTERED MAIL RECEIPT #: 7002 3/50 0003 9491

DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE
REGIONAL DIRECTOR OF COMPLIANCE
OGDEN, UTAH 84201

RECEIVED IN CORRES
IRS - OSC -626

JUN 1 8 2003

Jay C. McKean
Rt. 1, Box 2031
Roberts, Montana  59070

OGDEN, UTAH

Re: Type Of Form:  1040   For Year Ended:  December 31, 2000   Amount Due:  $ 2,621.00
Unlawfully Assessed Amount:  $ 2,621.00   DISCHARGED FOR FRAUD.
Date Of Form:  June 4, 2003   Date Received:  June 6, 2003

# PETITION OF PROTEST AND NOTICE OF DEFENSE

## Verified Statement of facts upon which Petitioner Relied in Making Determination of Nontaxpayer Status

NOTICE: This Demand for an <u>Administrative Quash</u> is a protected special appearance pursuant to CCP 418.10(d).

I, Jay C. McKean, domiciled in Roberts, Carbon County, Montana, where I have maintained such status since 1966, am a natural born Citizen, engaged therein, in an occupation of common right pursuant to the 9th Amendment, and receiving no social security wages or income under the Public Salary Act of 1939, or any revision thereof, hereby, timely object to your accusation that I have incurred a purported tax liability, as contained in the attached form entitled, NOTICE OF DEFICIENCY [Letter 3219(SC/CG)] received by me on or about June 6, 2003, which I HEREBY QUASH AND DISCHARGE FOR FRAUD, in its entirety. This is a demand that this unlawful, unattested counterfeit presentment be quashed and the alleged Notice be immediately withdrawn, on the grounds of fraud and a lack of in personam and subject matter jurisdiction for causes contained herein.

1. This constitutes a general demurrer to your accusation in its entirety on the grounds that it is unsigned, unverified, and unsupported by a sworn affidavit, denying me the right to know and face my accuser and making such accusation merely hearsay and nonadmissable. Your accusatory presentment further, lacks jurisdictional grounds and deprives me of my right to know the nature and the cause of this action.

   Further, pursuant to Fed. R Civil P.12(b), this constitutes a Motion to Dismiss for (1) lack of jurisdiction over my person, (2) improper venue, (3) insufficiency of process, (4) insufficiency of service of process and (5) failure to state a claim upon which relief can be granted.

2. I object to the form of the accusation on the grounds that it does not state facts sufficient to entitle accuser to relief. It is so indefinite, uncertain, ambiguous, unintelligible and vague that I cannot identify the transaction, contract or statute that created the liability so that I may prepare my defense.


GOVERNMENT EXHIBIT
9

3. I object to the sufficiency of your demand on the grounds that your claim fails to provide any particular Statute, Code Section, and implementing Regulation or Federal Register citation, defining the specific acts or omissions which I have committed or omitted, which would constitute an offense, and which have created this alleged liability or requirement.

    I present the following new matter to support my defense that;
      a)   **Your agency has no jurisdiction over me.**
      b)   **I am not liable for the "income tax".**
      c)   **I am not "required" by law to file a Form 1040.**

5. I object to your accusations that I am a person liable for the income tax or that I am required by law to file a 1040 or state tax Form. These are erroneous and arbitrary conclusions, and are not supportable by material facts and are without substance in the law.

6. I object to your accusations that I owe your agency money on the ground that you lack *in personam* jurisdiction over me, as I am not within the *class of persons* within the "State of the forum" of Title 26, Title 27, or the State Income Tax Code, making me non-resident therein.

    5a) I am a private Citizen of Montana, engaged in a private occupation of common right in such union state, as evidenced by the attached Affidavit Challenging Jurisdiction, which is incorporated herein.

7. I object to your accusation that I owe your agency money on the grounds of a lack of *subject matter* jurisdiction over me and my property. Your agency has not been conferred an power over me and neither am I nor my property are within the territorial limits over which your sovereignty extends:

    **Bouvier's Law Dictionary:** JURISDICTION: *Jurisdiction must be either of the subject matter, which is acquired by exercising powers conferred by law over property within the territorial limits of the sovereignty, or of the person, which is acquired by actual service of process, or personal appearance of the defendant...Jurisdiction in a personal action cannot be obtained by service on a defendant outside of the jurisdiction; 95 U.S. 714. The courts of one state have no jurisdiction over persons of other states unless found within their territorial limits."*

Neither I, nor my property, are within the territorial limits over which your jurisdiction or sovereignty extends. Further, no law has conferred any power to you over me or over my property. You, therefore, lack the jurisdiction necessary to proceed.

RECEIVED IN CORRES
IRS - OSC -628

JUN 1 8 2003

OGDEN, UTAH

    *"If a party's allegations of jurisdictional facts are challenged by an adversary in any appropriate manner, he or she must support them by competent proof."*
                                             **Federal Procedures §2.455**

Title 26, Subtitle A is a part of a private, *general* Code, created under the territorial legislative powers delegated to Congress in Art. I, §8 Cl. 17 and Art. 4, §3 Cl. 2. Such Code is applicable only to particular members of a certain class of persons. Such general class includes those living within the District of Columbia and/or territories, possessions and enclaves under the exclusive Jurisdiction of the United States and those instrumentalities effectively connected thereto, such as government agencies and employees thereof. You have not provided any evidence bringing me into this class of persons upon whom such Code would be mandatorily applicable.

26 CFR §1.1-1(c), makes it clear that the Title 26, Subtitle A, graduated income tax is imposed upon "citizens" as defined in the following *term:*

*"Who is a citizen:* Every person born or naturalized in the United States *and subject to its jurisdiction* is a citizen."

*3A Am Jur 1420, Aliens and Citizens:* "A Person is born subject to the jurisdiction of the United States, [i.e. subject to its jurisdiction] for purposes of acquiring citizenship at birth, if this birth occurs in a territory over which the United States is sovereign..."

"The persons declared to be citizens are: *"All persons, born or naturalized in the United States* and *subject to the jurisdiction thereof."* The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject" - Elk v. Wilkins 112 US 94,101,102 (1884)

I was born in one of the several states of these united States of America, under the Constitution and the organic law. I was not born in a *territory* over which the United States is sovereign, and am not a "citizen *subject to its jurisdiction."*

*Black's 6th Law Dictionary - District of Columbia...* Legally it is neither a state nor a territory. but is made subject by the Constitution, to the exclusive jurisdiction of the United States."

*Black's 6th Law Dictionary. Territory:* "A portion of the United States, not within the limits of any state, which has not yet been admitted as a state of the Union, but is organized with a separate legislature, and with executive and judicial officers appointed by the President. See trust territory.

*Ballentine's Law Dictionary. Territory.* 1. "A geographical region over which a nation exercises sovereignty, but whose inhabitants do not enjoy political, social or legal parity with the inhabitants of other regions which are constitutional components of the nation. With respect for the United States, for example, Guam or the Virgins Islands as opposed to New York, California or Texas."

*Bouvier's Law Dictionary:* Territory: "A part of the country separated from the rest and subject to a *particular* jurisdiction. A portion of the country subject to, and belonging to the United States which is not within the boundary of any state or the District of Columbia. 262 U.S. 122, 3 Wheat 336, 390 ...The United States has supreme sovereignty over a territory, [i.e. Puerto Rico, Guam, Virgins Islands] and congress has full and complete legislative authority over its people and government 136 U.S. 1. In Relation to the United States: "...It is held as a well-established doctrine that the territories of the United States are entirely subject to the legislative authority of congress. They are not organized under the constitution, nor subject to its complex distribution of powers of government as the organic law, but are a creation, exclusively of the legislative department, and subject to its [Congress'] supervision and control..." 96 Fed. Rep. 456, citing 16 How. 1 Kent, 243, 359,1 Pet. 511164; 101 U.S. 129; 114 U.S. 15; 136 U.S. 1; 143 U.S. 135; 141 U.S. 174; 152 U.S. 1.

8.  I object to your accusation on the grounds that your agency has no jurisdiction over me because you have not defined what law you are operating under, making it impossible for me to determine the applicable remedy or prepare a proper defense. I do not know whether you are utilizing admiralty law, the laws of commerce, civil law, the common law, equity or are merely attempting to take my property against the law.

9.  I object to your accusation on the grounds that your agency lacks jurisdiction over me because it is not within the power of the United States (or a State, pursuant to the federal conformity clause), or any agency or instrumentality thereof, to impose a mandatory graduated, non-apportioned income tax on property belonging to citizens of these United States, including but not limited to, compensation for labor in the private sector. Your agency is further prohibited from imposing a mandatory tax upon the free exercise of any right guaranteed by the Constitution. The apportionment clauses of the Constitution have never been repealed.

RECEIVED IN COURTS
IRS - OSC -626

JUN 1 8 2003

OGDEN, UTAH

Page 3 of 15

**Article 1: Section 2, Clause 3;** "Representatives and **direct taxes** shall be **apportioned\*** among the several states which may be included within this Union, **according to their respective** numbers..."
**Article I. Section 9, Clause 4;** "No Capitation\*\*, or **other direct tax**, shall be laid, unless in proportion to the census or enumeration herein before directed to be taken."

**\*Apportion:** "To distribute or allocate in equal proportions. For example, if the government needed $1 Billion and there were 200 Million people, an apportioned tax would equate to $5 per person.
**\*\*Capitation Tax means:** "a tax imposed upon a person at a fixed rate, regardless of the taxpayer's ability to pay, occupation, assets, or income."

The graduated income tax is not an apportioned tax and, therefore, cannot be imposed upon property.

"Direct taxes bear immediately upon **persons**, upon **possessions** and **enjoyments of rights**..."
**Knowlton v. Moore**, 178 U.S. 41.

"*The Sixteenth Amendment must be construed in connection with the taxing clauses of the original Constitution and the effect attributed to them before the Amendment was adopted.*"
**Eisner v. Macomber**, 252 U.S. 189, at 205 *(1920)*

The reason that the income tax has not been ruled to be unconstitutional is because it is **not** imposed, by law, upon the compensation for labor or upon the right to labor, of the Citizens of the several states of these united States. It is only imposed upon corporate gains and profits **severed from** capital (which is the true meaning of the word, income) and upon the exercise of government granted privileges.

9.   I object to your accusations that I have a tax liability on the ground that I earned no income which could create a basis for a tax liability by your agency.

**Income**, as defined by the supreme Court is, "*gains and profits as a result of corporate activity and profit gained through the sale or conversion of capital assets.*" **Stanton v. Baltic Mining** Co. 240 U.S. 103, **Stratton's Independence v. Howbert** 231 U.S. 399. **Doyle v. Mitchell Bros. Co.** 247 U.S. 179, **Eisner v. Macomber** 252 U.S. 189, **Evans v. Gore** 253 U.S. 245, **Merchants Loan & Trust Co. v. Smietanka** 225 U.S. 509.

"*...Income tax statutes apply only to state created creatures known as Corporations no matter whether state, local or federal.*" **Colonial Pipeline Co. v. Traigle**, 421 US 100 (1975)

U.S.C.A Amed. 16 note 62.
"The word "income" as used in this [16th] amendment **does not include a stock dividend**, since such a dividend is **capital** and **not income** and can be taxed only if the tax is apportioned among the several states in accordance with Art. 1 Sec. 2, cl.3 and Art. 1, Sec. 9, cl. 4 of the Constitution." **Eisner v. Macomber, N.Y.** 1929, 252 U.S. 189, **Walsh v. Brewster, Conn.** 1921,255 U.S. 536.

**Black's 3rd Law Dictionary:** Income: Income is the **gain** which proceeds *from* labor, business or property;... **Trefry v. Putnam**, 116 N.E. "Income is the *gain* derived" from capital, from labor or from both combined.; something of exchangeable value, proceeding from the property, **severed from the capital** and drawn by the recipient for his separate use..." **Eisner v. Macomber** 40 S. Ct 189,252 U.S. 189, L. Ed. 521, 9 A.L.R. 1570\*\*. Goodrich v. Edwards, 41 S. Ct 390,255 U.S. 527, 65 L. Ed 758. *Income* is something which *has grown out of capital*, **leaving the capital unimpaired and intact. Cavit v. Irwin** (D.C.) 275 F. 643, 645\*\*\*. "Income is used—in law in contradistinction [contrast, opposition] to "capital." 21 C.J. 397\*\*\* Income, [gains and profits] ...is something produced by capital **without impairing such capital,** the **property being left intact,** and **nothing can be called income which takes away from the property itself.** - **Sargent Land Co. v. Von Baumbach** (D.C.), 207 F. 423, 430. **Black's 4th Law Dictionary;** "The *gain derived from* capital, *from* labor, or both combined. Including profit *from* the sale or conversion of capital; income is not a gain accruing [being added to] to capital or a growth in the value of the investment, but is a *gain*, a *profit*, proceeding *from the property*, *severed from the capital,* however invested and coming in, being derived, that is, received or drawn by the recipient for his separate use, benefit or disposal."
**Goodrich V.Edwards.** 41 S. CT. 390,255 U.S 527, 65 L.Ed. 758.

RECEIVED IN CO????
IRS - OSC -626¹

JUN 1 8 2003

OGDEN, UTAH

Page 4 of 15

* Derived: "obtained from a parent substance or source.." - Webster's Dictionary

U.S.C.A Amend 16, Note 64. "The meaning of "income "--in this Amendment [16th] is the gain derived from or through the sale or conversion of capital assets: from labor or from both combined; not a gain accruing to capital, or growth or increment of value in the investment, but a profit, something of exchangeable value, proceeding from the property, severed from the capital, however employed and coming in or being "derived," that is, received or drawn by the recipient for his separate use." Tafty v. Bowers. N.Y. 1929.49 S.Ct 199, 278 U.S. 470, 73 L.Ed. 460.

Eisner vs. Macomber. 252 U.S. 189. "...it becomes essential to distinguish between what is and what is not "income," according to truth and substance, without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution from which it derives its power, and within whose limitations alone, that power can be lawfully exercised...[Income] Derived-from-capital-the-gain-derived-from-capital, etc. Here we have the essential matter—not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value...severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use."

"Under the Internal Revenue Act of 1954 [and all other Internal Revenue Acts] If there is no gain, there is no income." - 26 U.S.C.A '54, Sec. 61(a).

U.S. v. Balard. 575 F. 2D 400 (1976), Oliver v. Halstead. 196 VA 992; 86 S.E Rep. 2D 858: "There is a clear distinction between 'profit' and 'wages' or compensation for labor. Compensation for labor cannot be regarded as profit within the meaning of the law... The word "profit is a different thing altogether from mere compensation for labor."

"Income within the meaning of the Sixteenth Amendment and Revenue Act. means 'gains'...and in such connection 'gain' means profit...proceeding from property, severed from capital, however invested or employed and coming in, received or drawn by the taxpayer, for his separate use, benefit and disposal. Income is not a wage or compensation for any type of labor."
                                                          Staples v. U.S., 21 F, Supp- 737, 7-^0 (10),

"The claim that salaries, wages and compensation for personal services are to be taxed as an entirety and therefore must be returned by the individual which performed the services which produced the gain is without support either in the language of the Act or in the decisions of the courts construing it and is directly opposed to provisions of the Act and to regulations of the Treasury Department which either prescribe or permit that compensation for personal services be not taxed as an entirety and not be returned by the individual performing the services. It is to be noted that by the language of the Act, it is not "salaries, wages or compensation for personal services that are to be included in gross income." That which is to be included is "gains, profits, and income derived from salaries, wages or compensation for personal service." Lucas V. Earl. 281 U.S. 111 (1930)

One does not derive income by rendering services and charging for them."
                                                          Edwards v. Keith. 231 Fed Rep 1

RECEIVED IN COURT
IRS - OSC -626
JUN 1 0 2003
OGDEN, UTAH

The following rulings are quoted from Conner v. United States. 303 F. Supp 1187 (1969) pg. 1191: [1] "...that [income] is not synonymous with receipts." 47 C.J.S. IRC §98. p. 226."
[2] Whatever may constitute income, therefore, must have the essential feature of gain to the recipient. This was true when the 16th amendment became effective, it was true at the time of the decision in Eisner v. McComber (supra), it was true under section 22(a) of the Internal Revenue Code of 1939, and it is true under section 61(a) of the Internal Revenue Code of 1954. If there is no gain, there is no income. ...Congress taxed income [gains] not compensation."

Merchant's Loan and Trust Company v. Smletanka. 255 U.S. 518, 519 (1921) "There would seem to be no room to doubt that the word (income) must be given the same meaning in all income tax acts of Congress that was given to it in the Corporation Excise Tax Act and what that meaning is has now become definitely settled by decisions of the Court.

"Whatever difficulty there may be about a precise and scientific definition of 'income,' it imports...the idea of gain or increase arising from corporate activities...We must reject...the broad contention submitted on behalf of the Government that all receipts, everything that comes in is income within the proper definition of gross income..." Doyle v. Mitchell. 247 U.S. 179 (1921)

26 CFR §1.6012-I(a)(6). **Form of Return.** - **Form 1040** or state tax form is prescribed for general use in making the return required under this paragraph  26 CFR §1.6072-1(a).  **Time for filing of Returns of Individuals**...(a) In general...returns of income required under section(s) 6012 of individuals...*having an office or place of business in the United States*...shall be filed on or before the fifteenth day of the fourth month after the close of the taxable year. This makes it clear that the 1040 Form or state tax Form is used for calculating **gains and profits** for individuals doing business in the United States [26 CFR 1.91 I-2(g). The *term* United States when used in a geographical sense includes any *territory under the sovereignty of the United States*. Because the Constitutional Rules of Apportionment are not applicable in such territories (as previously evidenced), it is not necessary that the business be a privileged corporation). The 1040 Form or state tax Form is also utilized by officers and employees of the Government, exercising an "official privilege" by such *public* employment. The tax is then measured by the income obtained in the exercise of such privilege.

**Bouvier's Law Dictionary, Baldwin's Student Edition,** 1946; Income:
"**Income under Corporation Tax of 1909**: "Income employed in *natural* sense, as importing something distinct profit principal or capital, and conveying idea of gain or increase from corporate activities.

The intent of Congress regarding the meaning of the word *income as* used in the 16th Amendment, is obvious in the following excerpt from the **Congressional Record of 1913**, pgs. 3843, 3844, by Senator Albert B. Cummings:

*"I want to make a lawyers argument that the authority of the Congress of the United States with regard to this subject [income], is not unlimited... Our authority is to levy taxes on income. I assume that every lawyer will agree with me that **we can not legislatively interpret the meaning** of the word. 'income.' **That is purely a judicial matter...** The word income had and has **a well defined meaning before the [16th] Amendment** to the Constitution was adopted. It has been defined in all of the courts of this country. If we [Congress] could call it [income] anything that we pleased, we could obliterate **all the distinction between income and principal. The Congress cannot affect the meaning of the word 'income' by any legislation, whatsoever** ...Obviously, the people of this country **did not intend to give Congress the power to levy a direct tax on all of the property in this country without apportionment."**

*" ...The true function of the words 'gains' and 'profits' is to **limit the meaning** of the word 'income' and to show its use **only** in the sense of **receipts which constituted an accretion to capital.** So the junction of the word 'income' should be to limit the meaning of the words 'gains' and 'profits' "*
**Southern Pacific v. Lowe.** Federal Reporter Vol. 238 pg. 850.

Capital, whether originally coming from compensation, wages, or any other form, may be a *source* of gains or profits constituting income. However, such original capital is not *income* in and of itself, and cannot be taxed as income. It is only the resulting gain or profit severed from capital that is *income*. Then it is only taxable if such income is earned within the jurisdiction of the taxing authority, after applicable deductions.

**Earnings:** That which is earned; money earned; the price of services performed; the reward of labor; money or the fruits of proper skill, experience, industry; ...derived without the aid of capital." merited by labor, services, or performances." Earnings are not income.
**Saltzman v. City of Council Bluffs.** 214 Iowa, 1033,243 N.W. 161, 162.

**10.** I object to your accusations that I have a tax liability on the grounds that your agency has no jurisdiction over me because it has been well settled by the supreme court that the income tax is an **excise** tax, which is synonymous with a privilege tax. I am exercising no corporate privileges, official privileges or any other privileges upon which such an income tax could be mandatorily imposed.

*"The conclusion reached in the Pollock case—recognized the fact that taxation on income was, in its nature, an excise, entitled to be enforced as such."*
**Brushaber v Union Pacific Railroad Co.** 240 U.S 1,16-17.

71 Am Jur 2nd, under State and Local Taxation: Excise: "In its modern sense, an excise tax is any tax which does not fall within the classification of a poll tax* or a property tax, and which *embraces every form of burden not laid directly upon persons or property. Idaho Gold Dredging Ca. v. Balderston.* 58 Idaho 692; Dooley v. Detroit 370 Mich 194, Foster & C. Co. v. Graham. 154 Tenn 569.

RECEIVED IN CORRES
IRS - OSC - 626
JUN 1 8 2003
OGDEN, UTAH

In summary, this court is stating that there are only two types of taxes in the United States. A tax must either be a direct tax, in which case it is subject to the rules of apportionment, or a privilege tax. A privilege tax can never be imposed upon the exercise of a right under the Constitution."

"The term "excise tax" is synonymous with "privilege tax." and the two have been used interchangeably " Foster & C. Co. v. Graham, 154 Tenn 412, 285 SW 570, 47 ALR 971. Whether a tax is characterized in the statute imposing it as a privilege tax, or an excise tax, is merely a choice of synonymous words, for an excise tax is a privilege tax. - Bank of Commerce & T. Co. v Senter, 149 Tenn 569,260 SW 144. American Airways v. Wallace, 57 F.2d 877, 880

An excise is...a duty levied upon licenses to pursue certain trades or deal in certain commodities, upon official privileges, [i.e. a government job] etc. Black v. State, 113 Wis 205, 89 NW 522.

"The obligation to pay an excise is based upon the voluntary action of the person taxed in performing the act, enjoying the privilege, or engaging in the occupation which is the subject of the excise, and the element of absolute and unavoidable demand is lacking." [i e If you don't want to pay the tax, simply don't exercise the privilege.] People ex rel. Atty Gen. v Naglee. 1 Cal 232; Bank of Commerce & T. Co. v. Senter. 149 Tenn. 441, 261 SW 144.

The income tax is not a tax on actual income, but a tax imposed upon a privilege measured by the gain (income) that results from the exercise of that privilege.

"EXCISES:  "Excises are taxes laid upon the manufacture, sale or consumption of commodities within the country, upon licenses to pursue certain [regulated] occupations and upon corporate privileges: the requirement to pay such taxes involves the exercise of' privilege.. .Conceding the power of Congress to tax the business activities of private corporations...the tax must be measured by some standard...It is, therefore, well settled by the decisions of this court that when the sovereign authority has exercised the right to tax, a legitimate subject of taxation as an exercise of a franchise or privilege, it is no objection that the measure of taxation is found in the income..."   Flint v. Stone Tracy Co., 220 U.S. 107, at pg 154, 165

"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter power to the state, but the individual's right to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."  Redfield v. Fisher. 292 Oregon 814,817

Franchise Tax.  A tax on the franchise of a corporation, on the right and privilege of carrying on business in the character of a corporation, for the purposes for which it was created, and in the conditions which surround it. Though the value of the franchise, for the purposes of taxation, may be measured by the amount of business done, or the amount of earnings or dividends, or by the total value of the capital or stock of the corporation in excess of its tangible assets, a franchise tax is not a tax on either property, capital, stock, earnings or dividends.

"Legislature... cannot name something to be a taxable privilege unless it is first a privilege." [Taxation West Key 53]... The Right to receive income or earnings is a right belonging to every person and realization and receipt of income is, therefore, not a "privilege that can be taxed." [Taxation West Key 933] - Jack Cole Company v. MacFarland. 337 S.W. 2d 453, Tenn.

11.   I object to your accusations on the grounds that you have no jurisdiction over me because this action was not properly authorized. This action is not made in accordance with, 55 FR 47633, Nov. 14, 1990, 301.7401-1 and 27 CFR 70.191.

Pursuant to §301.7401-1: "Authorization, -(a) "No Civil action for the collection or recovery of taxes. or of any fine, penalty, or forfeiture shall be commenced unless, the Commissioner or the Director, Alcohol, Tobacco and Firearms Division...or the Chief Counsel for the Internal Revenue Service or his delegate authorizes or sanctions the proceedings and the Attorney General or his delegate directs that the action be commenced."

RECEIVED IN CORRES
IRS - OSC -626

JUN 1 8 2003

OGDEN, UTAH

**S5 F.R. 47633.27** CFR 70.191 Authorization:

(a) *In general.* No civil action for the collection or recovery of taxes, or any fine, penalty, or forfeiture (with respect to *the provisions of 26 U.S.C. enforced and administered by the Bureau*) shall be commenced unless the *Director, Bureau of Alcohol, Tobacco and Firearms,* or designated delegate, or the Chief Counsel *for the Bureau,* or designated delegate, directs that the action be commenced.

12.   I object to your demand on the grounds that you have no jurisdiction because no valid, signed and attested *Summary Record of Assessment* (Form 23C) or Form 4340 evidencing a tax liability has been recorded in the Office of the Secretary, in accordance with the law. Therefore, there is no valid tax liability upon which to base this demand. If such an Assessment does exist, this is a demand a copy for such copies.

*"Absent an assessment, there is no debt,* as the debt only attaches when the assessment is properly made. <u>Bull v. U.S.,</u> 914 F.2d 245, and for a tax liability to be duly collectible, it must have been properly assessed. In <u>Re Western Trading Co.,</u> 340 F. Supp. 1130 (D. Nev. 1972); <u>Estate of Goete v. U.S.,</u> 286 F.Supp. 128, at 131 9d.Mo. (1968). "These statutory procedures must be followed in the process of administratively collecting taxes." <u>U.S. v Berman</u> 825 F.2d 1053, 1055 (CA 6 1987).

It is well established in law that in order to have a valid sale, there must be a valid seizure; and to have a valid seizure, there must be a valid lien; and to have a valid lien—<u>there must be a signed 23C</u> [Summary Record of Assessment] and a <u>Form 4340</u> [Certificates of Assessments and Payments] *before there is a valid assessment.* <u>Coplin v. U.S.,</u> 952 F.2d 403; <u>Fullmer v. U.S.,</u> 93-U.S. Tax case. P50, 657; <u>U.S. v. McCallum,</u> 970 F.2d 66; <u>Brewer v. U.S.,</u> 746 F.Supp. 309; <u>Geiselman v. U.S.,</u> 961 F.2d 1; <u>Tweedy v. U.S.,</u> 74 AFTR 202 5003; <u>Fisher v. U.S.,</u> 860 F.Supp. 680. A proper assessment must also have IRS <u>Form 2666. "Certification of Transcript."</u> an IRS form 4340 "Certificate of Assessment" (IRS document 7130 at page 33), and must come from the service center and, the procedural assessment itself must be pursuant to IRM-HB1272 and 48 (13).

13.   I object to your demand on the grounds that it does not constitute a valid *Notice of Deficiency,* requiring a *bona fide,* authentic, hand-written signature, attested to be made under lawful authority under the penalties of perjury, has not been sent to me <u>via Registered or Certified mailing,</u> as required by Regulations.

**IR Manual 512 (1-5-83)**                                                8(24)50

**"Preliminary Notices of Deficiency Procedure**

*"...(5)  The [Deficiency] Notice is signed <u>in pen and ink</u> on behalf of the Commissioner by the approving Appeals Officer... Any copies of the statutory notice letter which are used for the originals or duplicate originals should have a handwritten signature and not a facsimile or reproduced signature..."*

*"An assessment is illegal and void if no required [valid] deficiency notice is sent to the taxpayer." -* <u>United States v Williams</u> (1958 DCNY) 161 F Supp 158. 58-1 USTC 9213. (20 Fed Proc, L Ed 48:440.)

RECEIVED IN CORRES
IRS - OSC -626

JUN 1 8 2003

OGDEN, UTAH

# Affidavit Challenging Jurisdiction

Please be advised that your information regarding my implied tax liabilities is in error. My filing status should be MFR-01 - I am *not required to make or file a Form 1040 or state tax return.*

I, the undersigned affiant, Jay C. McKean, Sui Juris, hereby attest that the following is true, correct and complete:

14.   Pursuant to my IMF, my filing status should be, MFR-01 – I am **"not required to make or file a form 1040 return."**

15.   By reason of 26 USC Sec. 6071, and information contained herein, no return has been due to be filed. If any person has filed any income tax return for this period, on behalf of affiant, such return has been illegally and unlawfully filed and is without force or effect.

16.   I have personal knowledge of each of the facts as stated herein.

17.   I am of lawful age and am competent to make this Affidavit. I am not a ward of, under the guardianship of, or under the conservatorship of, another person or entity. This sworn affidavit is made as a matter of public record, in my own sovereign right, in Sui Juris capacity, propria persona.

18.   I am domiciled and living in Carbon County, Montana, where I have occupied such status since 1966.

19.   I am engaged in a private occupation of common right, in the private sector in Montana.

20.   I have never lived, worked, received income, in or from any source within, or effectively connected to; the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Guam, America Samoa, or any other territory, federal enclave or instrumentality within or belonging to, the United States, having its origin and jurisdiction from **Article I, §8. Cl. 17.** or **Article IV, §2. Cl. 3** of the Constitution of the United States, and I have no "minimum contacts" therein.

21.   I am not an officer, employee, elected or appointed official of the United States, the District of Columbia, or of any agency or instrumentality of the United States or the District of Columbia, or of a State or Territory, or of any agency, instrumentality or political subdivision thereof.

22.   I have not received or generated any social security wages or income under the Public Salary Act of 1939 (76th Congress, 1st Session, Chap. 59, pgs 574,575) or the Buck Act, Public Law 817-76th Congress. 4 USC Sec. 101 through 113.

23.   I am a natural born unenfranchised Citizen, under the Constitution and protected by the organic law.

24.   I am not engaged in any trade of business, as such term is defined in 26 U.S.C. or 26 CFR.

RECEIVED IN CORRES.
IRS - OSC -626

JUN 1 8 2003

OGDEN, UTAH

25. I am not engaged in any Revenue Taxable Activities, including, but not limited to the manufacture or distribution of alcohol, tobacco, firearms, wagering, narcotics or any form of imports or exports.

26. I am not a member of the armed forces.

27. I am not a seaman.

28. I am not an incompetent Indian.

29. I am not an officer of a corporation or an employer who is under a duty to withhold.

30. I am not a *citizen subject to its jurisdiction,* upon whom Congress has the authority to impose a graduated income tax, as defined in 26 CFR 1.1. (c)

31. I earned no income, gains and/or profits as such word is lawfully defined, for the years in question.

32. I am exercising no corporate privileges, official privileges or other privileges upon which an income tax could mandatorily be imposed.

33. I am not involved in any form of interstate commerce.

34. I do not have an office or place of business within the United States as such term is defined in 26 USC.

In summary:

I incurred no liability for income taxes imposed under Subtitle A of Title 26, the Internal Revenue Code, in the preceding taxable years.

I anticipate that I will incur no liability for the income tax imposed under Subtitle A for the current taxable year.

I am not required, by law, to file a Form 1040 or state tax Form.

Pursuant to federal conformity clauses, filing requirements are the same for both 1040 federal and State income tax forms. Therefore, I am also not required to file a State Income Tax Form.

I declare under penalty of perjury under the Laws of these united States of America that, to the best of my knowledge and belief, all of the foregoing is true and correct

Sincerely,

*Jay C. McKean*

Signed: Jay C. McKean

RECEIVED IN CO.RES
IRS - OSC -626

JUN 1 8 2003

OGDEN, UTAH

Page 10 of 15

# Demand for an Impartial Adjudicatory Special Hearing of Record for the purpose of Defining the Rights of the Parties and Substantiating Purported In Personam and Subject Matter Jurisdiction over Affiant

This is a Notice of Defense in the form of an Objection to the assumed jurisdiction of your agency over me. If you do not intend to immediately quash the attached presentment, this is a Demand for a fair and impartial Adjudicative Hearing of record  (Not an Audit or an Investigatory Hearing), pursuant to 26CFR 601.105 and 601.106 prior to any further collection action. This hearing will constitute a special and not a general appearance by Affiant purely for the purpose of substantiating jurisdiction by:

  (1)    Providing Affiant Administrative Due Process;

  (2)    Providing Affiant opportunity to confront witnesses;

  (3)    Providing Affiant with DISCOVERY; and
         (Please have all answers to attached Administrative Interrogatories, available to Affiant
         at such Hearing.)

  (4)    Providing Affiant with an opportunity to review evidence that agency relied upon in making the
         determination that Affiant was within its jurisdiction.

*NOTICE OF INTENT: By utilizing an Administrative Remedy, I am not acquiescing to your jurisdiction, to any defects at law, or to any unlawful actions taken by your agency. Such administrative hearings are rarely impartial and typically constitute a deprivation of a Citizen's right to a separation of powers protection, right to a trial by jury, right to confront witnesses, and the right to be heard on the merits of the case by a judge proficient in the law. I am merely attempting to amicably resolve this matter, prior to resorting an already clogged judicial court system. I intend to appeal any adversary ruling judicially, in a court of general and/or appellate jurisdiction, such court having been delegated powers to rule on matters of law and equity.*

# PRESERVATION OF ALL RIGHTS AT ALL TIMES

**26 U.S.C. 7804 (a) APPLICATION (b) PRESERVATION OF EXISTING RIGHTS AND REMEDIES.- "Nothing in... [Reorganization Plan 26 or Title 26] shall be considered to impair any right or remedy, including trial by Jury, [or any other right] to recover any tax alleged to have been erroneously or illegally assessed or collected, or any penalty claimed to have been collected without authority, or any sum alleged to have been excessive or in any manner wrongfully collected under internal revenue laws or state taxing laws..."**

I hereby preserve any and all of my rights under the Constitution and the laws of common law and equity. I will not voluntarily permit anyone to usurp my rights, nor am I designating anyone to be a binding arbitrator in any disputes of my Rights or equity. If your agency has a Constitutionally valid claim, you must adhere to Due Process of Law according to the Constitution, and I will remain an Involuntary Litigant in any such action.

  • The rights of Respondant, as recognized in the Declaration of Independence are unalienable.

         *"We hold these truths to be self evident, that all men are created equal, that they are
         endowed by their Creator with certain __unalienable Rights__, that among these are life,
         liberty and the pursuit of happiness." Declaration of Independence ¶2*

  • The right of Respondant to be secure in his person, house, papers, and effects is recognized
    and so stated in the 4th Amendment to the Bill of Rights of the Constitution of these united
    states of America.

         *"The right of the people to be secure in their persons, house, papers, and effects,
         against unreasonable searches and seizures, shall not be violated, and no Warrant
         shall issue, but upon probable cause. Supported by oath or affirmation, and particularily
         describing the place to be searched, and the persons or things to be seized."*

RECEIVED IN COPY
IRS - OSC - 626
JUN 1 8 2003
OGDEN, UTAH

- The right of Respondant to be protected against ineffectual is recognized and so stated in the 5th Amendment to the Bill of Rights of the Constitution of these united States of America: in pertinent part; *"no person shall be deprived of life, liberty, or property without due process of law."*

- The rights of Respondant to a speedy, public trial by an impartial jury, to be informed of the nature and cause of the accusation; to be confronted by witnesses against me, to have compulsory process for obtaining witnesses in my defense, and to have assistance of counsel, are recognized and so stated in the 6th Amendment to the Bill of Rights of the Constitution of these united States of America.

- The right of demandant to a trial by jury in any controversy exceeding $20, is recognized and preserved in the 7th Amendment to the Bill of Rights of the Constitution of these united States.

I object to your remedy which is to pay the disputed tax first and then sue for a refund. This would result in a material violation affecting my substantive rights, depriving me of the possessory interest of property belonging to me, prior to the due process of the law, and prior issuance of a warrant and probable cause affidavit. Further, it would bring my property into a jurisdiction foreign to me where your rules allow you to proceed against my property *in rem*, disregarding my property rights and giving you the judicial advantage of possession.

Any attempt to convert this Hearing into an Investigative Hearing or Audit before you substantiate your jurisdiction or a refusal to respond to this demand within 30 days, will constitute a default, *resjudicata*, by your agency.

**Pending this Hearing a stay of execution of collection is in effect.**

RECEIVED IN CORRES
IRS - OSC -626

JUN 1 8 2003

OGDEN, UTAH

# Administrative Interrogatories

The attached **Administrative Interrogatories** are technical questions which need to be answered for the purpose of substantiating agency's claim of an income tax liability.

This information is necessary for Affiant to prepare a defense. Please have the below requested documents and answers to the following questions available at Affiant's hearing.

(1) Please provide the capacity of your agency or department, whether it be corporate, public, or private, and the State wherein such entity was originally created and the location of your current headquarters.

(2) Please provide the source of authority for your agency's or department's creation, whether it be pursuant to the Constitution or an Act of Legislation, and the title, nature, and date of such Act. Further provide all laws, regulations, federal register citations, and delegations of authority, from such source.

(3) As you are merely an agency, please provide for me the name(s) of the principal(s) holding the controlling interest in your agency and the full legal names and addresses of the chief executive officers) of such principal(s), for the purpose of effectuating proper service to the proper parties.

(4) Please provide the Statute, implementing Regulation and Federal Register citation, which promulgated a requirement to file a 1040 or state tax Form into law.

(5) Please provide a copy of a valid certified Summary of Assessment (23C) applicable to me signed under the penalty of perjury that it is true and correct as well as evidence that it was lawfully filed.

(6) Please provide a copy of an original valid Deficiency Notice signed in ink with a de jure, bona fide authentic signature as required by your procedures and the law.

(7) Please provide a copy of all evidence and information upon which you relied to make the determination that I was within the jurisdiction of your agency and had a tax liability.

(8) In order that I may plan a defense on the grounds that your entity lacks jurisdiction over my person and the subject matter, please inform me of the law you are operating under; *i.e.* admiralty, equity, common law, commerce, contract, international law, civil law, etc.

(9) If you believe that I am involved in any Revenue Taxable Activity or a Regulated Licensed activity, what is the nature of such activity?

(10) If you believe I am operating a business or have an office in the United States, please provide the name of such business and its locality.

(11) Please provide the full legal names. Social Security numbers, and Badge Numbers of the agent and his/her superior who has been assigned this case, as well as copies of such employees' *oaths of office* and *bonds.*

(12) Please provide the complete and lawful definition of the word "income," that you are relying upon in determining that I have an "income tax" liability.

## NOTICE

This Affidavit and all attached documents have been made a part of the Public Record and will be used for the purpose of establishing an Administrative Record which will be provided as evidence in any Judicial proceedings at law or equity regarding this case. All of these documents must be maintained in my File. Failure to respond to this Notice within 30 days will mean you have quashed this erroneous demand. The doctrine of *estoppel by acquiescence* and *res judicata* will prevail, barring any future proceedings against me, and any and all property belonging to me.

RECEIVED 1 COPY RES.
IRS - OSC -626

JUN 1 8 2003

OGDEN, UTAH

Page 13 of 15

# <u>Demand to Cease and Desist Collection Activities Prior to Validation of Purported Debt</u>

Pursuant to the **Fair Debt Collection Practices Act.** 15 U.S.C.A §§1601, 1692 et al, this constitutes timely written notice that, I decline to pay the attached erroneous purported debt which is unsigned and unattested and which I discharge and cancel in its entirety, without dishonor, on the grounds of breach, false representation and fraud.

15 U.S.C. §1692 (e) States: A false, deceptive, and misleading representation in connection with the collection of any debt, includes the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legally be taken a deceptive practice.

Such Notice omits information which should have been disclosed, such as vital citations disclosing the agency's jurisdictional and statutory authority. Said Notice further contains false, deceptive and misleading representations and allegations, intended to intentionally pervert the truth for the purpose of inducing me, in reliance upon such, to part with property belonging to me and to surrender certain substantive legal and Constitutional rights. To act upon this Notice would divest me of my property and my prerogative rights, resulting in legal injury to me.

Pursuant to 15 US C 1692g (4), **Validation of Debts:** if you have evidence to validate your claim that the attached presentment does not constitute fraudulent misrepresentation and that I owe this alleged disputed debt, this is a demand that, within 30 days, you provide such validation and supporting evidence to substantiate your claim. Until the requirements of the **Fair Debt Collection Practices Act** have been met and your claim is validated, you have no jurisdiction to continue any collection activities.

This is constructive notice that, absent the validation of your claim within 30 days, you must cease and desist any and all collection activity and are prohibited from contacting me through the mail, by telephone, in person, at my home, or at my work. You are further prohibited from contacting my employer, my bank, or any other third party. Each and every attempted contact in violation of this Act will constitute harassment and defamation of character and will subject your agency and/or board and any and all agents in his/her/their individual capacities, who take part in such harassment and defamation, to a liability for actual damages as well as statutory damages of up to $1,000 for each and every violation and a further liability for legal fees to be paid to any counsel which I may retain. Further, absent such validation of your claim, you are prohibited from filing any notice of lien and/or levy and are also barred from reporting any derogatory credit information to any Credit Reporting Agency regarding this disputed purported debt.

Further, pursuant to the **Fair Debt Collection Practices Act.** 15 USC 1692g(a), as you are merely an agency or board acting on someone else's behalf, this is a demand that you provide the name of the original principal or holder in due course, for whom you are attempting to collect this debt.

I hereby attest that, to the best of my knowledge and belief, the above information is true and correct.

Signed: Jay C. McKean

RECEIVED IN COPIES
IRS - OSC -626

JUN 1 8 2003

Page 14 of 15        OGDEN, UTAH

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN, UT 84201

7112 7667 8555 2009 3367

Letter Number: 3219(SC/CG)
Letter Date: OCTOBER 24, 2003

Taxpayer Identification Number: 

Tax Form: 1040

**Tax Year Ended and Deficiency**
DECEMBER 31, 2001    $2,291.00
Contact Person:
MR.PARIZEK    29-61699
Contact Telephone Number:
(866) 899-9083
(TOLL FREE NUMBER)
Hours to Call:
7:00 AM TO 7:00 PM MON-FRI

JAY MCKEAN
RT 1 BOX 2031
ROBERTS, MT 59070-9610319

**Last Date to Petition Tax Court:**
JANUARY 22, 2004

**Penalties/Additions to Tax**
IRC Section 6651(a)(1)    $572.75

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

GOVERNMENT EXHIBIT
10

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (801) 620-7168  or writing to:

> OGDEN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9941, STOP 1005
> OGDEN, UT 84409

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Thomas D Mathews*

THOMAS B. MATHEWS
COMPLIANCE CENTER
OGDEN Service Center

Enclosures:
Copy of this letter
Waiver
Envelope

Cat. No. 27500P                    Letter 3219(SC/CG) (08-1999)

EXM00                                    SBV

| **FORM 5564**(Rev. June 1992) | Department of the Treasury — Internal Revenue Service **NOTICE OF DEFICIENCY - WAIVER** | Symbols OGDEN STOP 4388 |
|---|---|---|

Name and Address of Taxpayer(s)                           **OCTOBER 24, 2003**

**JAY MCKEAN**
**RT 1 BOX 2031**
**ROBERTS, MT  59070-9610319**

Kind of Tax                    ☐  Copy to Authorized Representative

**INDIVIDUAL INCOME**

Tax Year Ended                          **DEFICIENCY**

**DECEMBER 31, 2001** | Increase in Tax    **$2,291.00** | Penalties

**IRC Section  6651(a)(1)**                              **$572.75**

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | | Date |
|---|---|---|---|
| | | | Date |
| | By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

**FORM 5564**(Rev. 6-92)



**IRS** Department of the Treasury
Internal Revenue Service
OGDEN, UT  84201

EXHUU        3DV

**Letter Number:** 3219(SC/CG)
**Letter Date:** OCTOBER 24, 2003

**Taxpayer Identification Number:**

7112 7667 8555 2009 3367

**Tax Form:** 1040

**Tax Year Ended and Deficiency**
DECEMBER 31, 2001    $2,291.00

**Contact Person:**
    MR.PARIZEK  29-61699

**Contact Telephone Number:**
    (866) 899-9083
    (TOLL FREE NUMBER)

**Hours to Call:**
    7:00 AM TO 7:00 PM MON-FRI

JAY MCKEAN
RT 1 BOX 2031
ROBERTS, MT  59070-9610319

**Last Date to Petition Tax Court:**
    JANUARY 22, 2004

Penalties/Additions to Tax
IRC Section 6651(a)(1)              $572.75

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

GOVERNMENT EXHIBIT

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (801) 620-7168 or writing to:

> OGDEN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9941, STOP 1005
> OGDEN, UT 84409

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Thomas D Mathews*

Enclosures:
Copy of this letter
Waiver
Envelope

THOMAS B. MATHEWS
COMPLIANCE CENTER
OGDEN Service Center

Cat. No. 27500P          Letter 3219(SC/CG) (08-1999)

EXM00                                        SBV

| FORM 5564(Rev. June 1992) | Department of the Treasury --- Internal Revenue Service<br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols<br>OGDEN<br>STOP 4388 |

Name and Address of Taxpayer(s)

OCTOBER 24, 2003

JAY MCKEAN
RT 1 BOX 2031
ROBERTS, MT  59070-9610319

| Kind of Tax | ☐   Copy to Authorized Representative |
| --- | --- |
| INDIVIDUAL INCOME | |

| Tax Year Ended | **DEFICIENCY** | |
| --- | --- | --- |
| DECEMBER 31, 2001 | Increase in Tax      $2,291.00 | Penalties |
| IRC Section  6651(a)(1) | | $572.75 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
| --- | --- | --- |
| | | Date |
| By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

**FORM 5564**(Rev. 6-92)

*Certified Mail # 7000 1670 0003 8853 7937*



**Internal Revenue Service**
**1973 North Rulon White Blvd.**
**Ogden, UT 84404**

**Department of the Treasury**
Taxpayer Identification Number:

▬▬▬▬▬

Form: 1040
Tax Period Ended and Tax Deficiency:
December 31, 2001    $2,291.00
Person to Contact:
Mrs. Martinez
Employee Identification Number:
0469147129
Contact Telephone Number:
1-866-899-9083 Ext 8463
Contact Hours: 7:00 am - 3:30 pm
Mountain Time
Refer Reply to: Mail Stop 4451
Last Date to Respond to this letter:
September 06, 2003

Date: August 06, 2003

JAY MCKEAN
RT 1 BOX 2031
ROBERTS MT 59070

**RECEIVED**

AUG 2 0 2003

**FRP 303**

.RECEIVED IN CORRES.
IRS  OSC -600

AUG 1 4 2003

**OGDEN,UTAH**

Dear Mr. McKean:

<u>WHY WE ARE SENDING YOU THIS LETTER</u>

We have no record of receiving your federal income tax return for the year(s) shown above or the return(s) we received was not valid. We have figured the proposed tax and penalties based on information your employers, banks and other payers reported on Forms W-2, W-2P, 1099, etc. We explain the tax and penalties in the enclosed report.

<u>WHAT YOU SHOULD DO IF YOU AGREE WITH THE REPORT</u>

If you agree with the tax and penalties shown in the report, please sign, date and return one copy of the report along with payment for the total amount due. It is to your advantage to pay the total amount now since we will continue to charge interest until the amount you owe is paid in full. If you can't pay the full amount at this time, please call us to discuss how you can pay what you owe.

<u>WHAT YOU SHOULD DO IF YOU DISAGREE WITH THE REPORT</u>

If you don't agree with the tax and penalties and want us to reconsider this matter, you should provide the reason you didn't file a return and other related information you want us to consider.

Please respond within 30 days from the date of this letter. If we do not hear from you within this time frame we will issue a Notice of Deficiency. A Notice of Deficiency is a legal notice stating the amount of the proposed tax increase and penalties, and explaining your right to file a petition with the United States Tax Court.

If you decide to file a return at this time, please send it to the above address. To help us identify your case, please include this letter with your return. Be sure to include all supporting records. We have enclosed a copy of this letter for your records and an envelope for your convenience.

**Pursuant to U.C.C. § 1-301, "REFUSAL FOR CAUSE", I, hereby, REFUSE AND REFUTE this**
**presentment FOR CAUSE and WITHOUT DISHONOR. I do not owe this.**
**All Rights Reserved, Without Prejudice, UCC 1-207**

*Jay C. McKean*

Letter 1862 (SC/CG) (Rev 12-2002)
Catalog Number 34762H

## WHAT WILL HAPPEN IF YOU DON'T RESPOND

If you do not provide the information we ask for, or provide fraudulent information, the law provides that you may be charged penalties and in certain cases, you may be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

## WHY WE ARE ASKING FOR THIS INFORMATION

Under the Privacy Act of 1974, we must tell you that our legal right to ask for this information is Internal Revenue Code sections 6001, 6011, 6012(a) and their regulations. They say that you must furnish us with records of statements for any tax year that you are liable for. including the taxes your employer withheld.

We ask for this information to carry out the Internal Revenue Tax laws of the United States and you are required to give us this information. We may give the information to the Department of Justice for civil and criminal litigation, other Federal agencies, states, cities and the District of Columbia for use in administering their tax laws.

## WHAT TO DO IF YOU HAVE ANY QUESTIONS

We have enclosed Publication 1, Your Rights as a Taxpayer, Publication 5, Your Appeal Rights and How to Prepare a Protest If You Don't Agree, and Publication 594, Understanding the Collection Process. for your information.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely,

Operations Manager
Exam SC Support

Enclosures:
Copy of this letter
Envelope
Examination Report (2)
Publication 1
Publication 5
Publication 594
Notice 609
Form 9465

Pursuant to U.C.C. § 1-301, "**REFUSAL FOR CAUSE**", I, hereby, **REFUSE AND REFUTE** this presentment **FOR CAUSE and WITHOUT DISHONOR. I do not owe this.**
**All Rights Reserved, Without Prejudice, UCC 1-207**

RECEIVED IN CORRES
IRS - OSC  600

AUG 1 4 2003

OGDEN, UTAH

**Letter 1862 (SC/CG) (Rev 12-2002)**
Catalog Number 34762H

| Form **4549** | Department of the Treasury - Internal Revenue Service **Income Tax Examination Changes** | | Page  1  of  2 |
|---|---|---|---|

| Name and Address of Taxpayer | SS or EI Number ▬▬▬▬ | Return Form No: 1040 |
|---|---|---|

JAY MCKEAN

RT 1 BOX 2031
ROBERTS                    MT  59070

| Person with whom examination changes were discussed | Name and Title: |
|---|---|

| 1. Adjustments to Income | Period End 12/31/2001 | Period End | Period End |
|---|---|---|---|
| a. Social Security Rx. | 10,373.00 | | |
| b. Standard Deduction | (3,800.00) | | |
| c. Exemptions | (2,900.00) | | |
| d. GROSS DISTRIBUTIONS- EIGHT. | 6,396.00 | | |
| e. GROSS DISTRIBUTIONS- TRUST 4 | 596.00 | | |
| f. GROSS DISTRIBUTIONS- NATIONAL EL. | 6,571.00 | | |
| g. INTEREST- LAUREL FEDERAL CREDIT UN. | 18.00 | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 17,254.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | | |
| 4. **Corrected Taxable Income** | 17,254.00 | | |
| Tax Method | TAX TABLE | | |
| Filing Status | Married Separate | | |
| 5. Tax | 2,591.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 2,591.00 | | |
| 8. **Less Credits** a. Rate Reduction Credit | 300.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less total of lines 8a through 8d) | 2,291.00 | | |
| 10. Plus Other Taxes a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. **Total Corrected Tax Liability** (line 9 plus line 10a - 10d) | 2,291.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. **Deficiency-Increase in Tax** or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 2,291.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. **Balance Due or (Overpayment)** (Line 14 adjusted by Line 15) ( Excluding interest and penalties) | 2,291.00 | | |

RECEIVED IN CORRES.
IRS  OSC-600
AUG 1 4 2003
OGDEN, UTAH

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 4.00.00                                                Form CG-4549

| Form 4549 | Department of the Treasury - Internal Revenue Service | | | |
|---|---|---|---|---|
| | **Income Tax Examination Changes** | | Page 2 of 2 | |
| Name and Address of Taxpayer | SS or EI Number | | Return Form No: | |
| JAY MCKEAN | | | 1040 | |

| 17. Penalties | Period End 12/31/2001 | Period End | Period End |
|---|---|---|---|
| a. Delq-IRC 6651(a)(1) | 572.75 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 572.75 | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable to Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | | |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or Overpayment Taxes – Line 16, Page 1 | 2,291.00 | | |
| b. Penalties (Line 18, Page 2)-computed to 08/06/2003 | 572.75 | | |
| c. Interest (IRC§ 6601)-computed to 09/05/2003 | 228.31 | | |
| d. TMT Interest – computed 09/05/2003 on TMT underpayment | 0.00 | | |
| e. Amount due or refund (sum of lines a, b, c and d) | 3,092.06 | | |

Other Information:

RECEIVED IN CORRES
IRS - OSC -600

AUG 1 4 2003

OGDEN, UTAH

| Examiner's Signature: | Employee ID: | Office: | Date: |
|---|---|---|---|
| Mrs. Martinez | 0469147129 | 1-866-899-9083 Ext. 8463 | 08/06/2003 |

Consent to Assessment and Collection – I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager or Director of Field Operations

| PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign | Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|---|
| By: | | Title | | Date |

| RGS Version 4.00.00 | | Form CG-4549 |
|---|---|---|

| Form 886-A (Rev. January 1994)886-A | EXPLANATION OF ITEMS | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer<br>JAY MCKEAN | Taxpayer Identification Number | Year/Period Ended<br>2001 |

**PENSIONS AND ANNUITIES- SSA**

| | Tax Period<br>2001 | Per Return<br>$0.00 | Per Exam<br>$12,204.00 | Adjustment<br>$12,204.00 |
|---|---|---|---|---|

We included in your income the taxable part of your social security benefits, as shown in the attached computation.

**GROSS DISTRIBUTIONS- EIGHTH DISTRICT ELECTRICAL**

| | Tax Period<br>2001 | Per Return<br>$0.00 | Per Exam<br>$6,396.00 | Adjustment<br>$6,396.00 |
|---|---|---|---|---|

The pension you received is includible in income as shown on Form 1099-R.

**GROSS DISTRIBUTIONS- TRUST 4 INTERNATIONAL BROTHER**

| | Tax Period<br>2001 | Per Return<br>$0.00 | Per Exam<br>$596.00 | Adjustment<br>$596.00 |
|---|---|---|---|---|

The pension you received is includible in income as shown on Form 1099-R.

**GROSS DISTRIBUTIONS- NATIONAL ELECTRICAL BENEFITS**

| | Tax Period<br>2001 | Per Return<br>$0.00 | Per Exam<br>$6,571.00 | Adjustment<br>$6,571.00 |
|---|---|---|---|---|

The pension you received is includible in income as shown on Form 1099-R.

**INTEREST- LAUREL FEDERAL CREDIT UNION**

| | Tax Period<br>2001 | Per Return<br>$0.00 | Per Exam<br>$18.00 | Adjustment<br>$18.00 |
|---|---|---|---|---|

All interest income is includible in income unless specifically exempted by law.

RECEIVED IN CORRES
IRS - OSC -600

AUG 1 4 2003

OGDEN, UTAH

Form 886-A (1-1994)

Department of the Treasury - Internal Revenue Service

| Form **886-A**-<br>(Rev. January<br>1994)886-A | **EXPLANATION OF ITEMS** | Schedule number or exhibit |
|---|---|---|
| Name of Taxpayer<br>JAY MCKEAN | Taxpayer Identification Number | Year/Period Ended<br>2001 |

## FILING STATUS

| | Tax Period<br>2001 | Per Return<br>$0.00 | Per Exam<br>$0.00 | Adjustment<br>$0.00 |
|---|---|---|---|---|

Since you failed to file your tax return(s) for the tax year(s) shown in this report, we have filed for you as authorized by Internal Revenue Code section 6020(b). The income, filing status, deductions, and credits shown in this report are based on information available to us.

## EXEMPTIONS

| | Tax Period<br>2001 | Per Return<br>0 | Per Exam<br>1 | Adjustment<br>-1 |
|---|---|---|---|---|

We have allowed you a deduction for your personal exemption.

## Social Security RRB

| | Tax Period<br>2001 | Per Return<br>$0.00 | Per Exam<br>$10,373.00 | Adjustment<br>$10,373.00 |
|---|---|---|---|---|

Since we changed your adjusted gross income, we adjusted the taxable part of your social security benefits and/or your tier I railroad retirement benefits, as shown in the attached computation.

## Rate Reduction Credit

| | Tax Period<br>2001 | Per Return<br>$0.00 | Per Exam<br>$300.00 | Adjustment<br>($300.00) |
|---|---|---|---|---|

Since we have adjusted your tax, we have recomputed the amount of your rate reduction credit.

RECEIVED IN CORRES
IRS OSC 600
AUG 1 4 2003
OGDEN, UTAH

Form **886-A** (1-1994)          Department of the Treasury - Internal Revenue Service

| Name of Taxpayer: | JAY MCKEAN | | 08/06/2003 |
|---|---|---|---|
| Identification Number: | | Total | 4.00.00 |

### 2001 - SOCIAL SECURITY

| | |
|---|---|
| 1. Total Social Security Benefits (including RRB) | 12,204.00 |
| 2. Line 1 divided by 2 | 6,102.00 |
| 3. Adjusted Gross Income (less Taxable Social Security) plus the amount on line 2 and Tax Exempt Interest | 19,683.00 |
| 4. Enter $25,000 ($32,000 if married filing joint, 0 if married filing separate and you lived with your spouse at any time during the year) | 0.00 |
| 5. Subtract line 4 from line 3 (not less than zero) | 19,683.00 |
| 6. Enter $9,000 ($12,000 if married filing joint, 0 if married filing separate and you lived with your spouse at any time during the year) | 0.00 |
| 7. Subtract line 6 from line 5 (not less than zero) | 19,683.00 |
| 8. Enter the smaller of line 5 or 6 | 0.00 |
| 9. One half of line 8 | 0.00 |
| 10. Enter the smaller of lines 2 and 9 | 0.00 |
| 11. Multiply line 7 by 85% | 16,731.00 |
| 12. Sum of line 10 and 11 | 16,731.00 |
| 13. Multiply line 1 by 85% | 10,373.00 |
| 14. Taxable Social Security Benefits (smaller of lines 12 and 13) | 10,373.00 |

[RECEIVED IN CORRES
IRS - OSC 800

AUG 1 4 2003

OGDEN, UTAH


| Name Of Taxpayer: | JAY MCKEAN | | 08/06/2003 |
| Identification Number: | ████████ | Total | 4.00.00 |

**200108    - Rate Reduction Credit Worksheet**

1. Taxable Income      17,254.00

2. Enter the amount shown below for filing status      6,000.00
   - Single or married filing separately - $6,000
   - Head of Household - $10,000
   - Married filing jointly or qualifying widow(er) - $12,000

3. Is the amount on line 1 less than the amount on line 2      300.00

   No - $300 if single or married filing separately;
            $500 if head of household; $600 if married filing jointly
            or qualifying widow(er)
   Yes - Multiply the amount on line 1 by .05

4. Amount of tax before allowable credits      2,591.00

5. Total credits (not including the Rate Reduction Credit)      0.00

6. Subtract line 5 from line 4      2,591.00

7. Smaller of line 3 or line 6      300.00

8. Amount of advanced payment received      0.00

9. Rate reduction credit allowed      300.00



RECEIVED IN CORRES
IRS · OSC · BOO
AUG 1 4 2003
OGDEN, UTAH

| IRC Section 6020(b) Certification | Total pages certified as valid Section 6020(b) return | Tax year |
|---|---|---|
| | | 200212 |

| Name of taxpayer<br>JAY MCKEAN | Social security number |
|---|---|

Address of taxpayer (Number, street, city or town, State, ZIP code)

RT 1 BOX 2031
ROBERTS MT  59070-9610

---

## Certification

The officer of the IRS identified below, authorized by Delegation Order 182, certifies the attached Pages constitute a valid return under section 6020(b). This return consists of the following items:

1. A copy of the Form 1040 which the IRS used to establish the taxpayer's account on its computer system or, alternatively, a transcript of account reflecting the entry of data used to establish the taxpayer's account on the IRS computer system;
2. Form 4549, Income Tax Examination Changes;
3. Form 866-A, Explanation of Items; and
4. This Certification (form 13496).

Pursuant to section 6651(g)(2), this certification, with attachments, shall be treated as the return filed by the taxpayer for purposes of determining the amount of the additions to tax under paragraphs (2) and (3) of section 6651(a).

---

## IRS Authorization Data

| Employee name<br>Dennis L. Parizek | Title<br>Operations Manager, Exam | Office<br>SB/SE | ID number<br>29-61699 |
|---|---|---|---|
| Signature | | | Date (mmddyyyy)<br>June 2, 2004 |

Form **13496** (11-2003)    Catalog No. 37538J    publish.no.irs.gov    **Department of the Treasury – Internal Revenue Service**

EXM00                                                          WI

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN, UT   84201-0040

Letter Number: 3219(SC/CG)
Letter Date: JULY 27, 2004
Taxpayer Identification Number:

7112 7667 8555 2041 3813

Tax Form:  1040

Tax Year Ended and Deficiency

DECEMBER 31, 2002          $2,366.00

JAY MCKEAN
RT 1 BOX 2031
ROBERTS, MT   59070-9610319

Contact Person:

MR.PARIZEK    29-61699

Contact Telephone Number:
    (866) 899-9083
    (TOLL FREE NUMBER)

Hours to Call:
    7:00 AM TO 7:00 PM MON-FRI

Last Date to Petition Tax Court:
    OCTOBER 25, 2004

Penalties/Additions to Tax

IRC Section  6651(a)(1)          $697.97

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above.
This letter is your NOTICE OF DEFICIENCY, as required by law.  The enclosed statement
shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the
**Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is
addressed to you outside the United States) to file a petition with the United States Tax Court
for a redetermination of the amount of your tax. You can get a petition form and the rules for
filing a petition from the Tax Court. You should file the petition with the   **United States Tax Court,
400 Second Street NW, Washington D.C. 20217.**  Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be)
is fixed by law and the Court cannot consider your case if the petition is filed late. As required
by law, separate notices are sent to spouses.  If this letter is addressed to both a husband and
wife, and both want to petition the Tax Court, both must sign the petition or each must file a
separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is
$50,000 or less for any one tax year. You can also get information about this procedure, as well
as a petition form you can use, by writing to the Clerk of the United States Tax Court at
400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend
to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed
waiver form to us.  This will permit us to assess the deficiency quickly and will limit the
accumulation of interest. We've enclosed an envelope you can use.  If you decide not to sign
and return the waiver and you do not petition the Tax Court, the law requires us to assess and
bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is
addressed to you outside the United States).

GOVERNMENT
EXHIBIT
12

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (801) 620-7168 or writing to:

> OGDEN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9941, STOP 1005
> OGDEN, UT 84409

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Thomas D Mathews*

THOMAS D. MATHEWS
COMPLIANCE CENTER
OGDEN Service Center

Enclosures:
Copy of this letter
Waiver
Envelope

Cat. No. 27500P                    Letter 3219(SC/CG) (08-1999)

EXM00                                    WI

| FORM 5564 (Rev. June 1992) | Department of the Treasury --- Internal Revenue Service <br> **NOTICE OF DEFICIENCY - WAIVER** | Symbols <br> OGDEN <br> STOP 4388 |
|---|---|---|

Name and Address of Taxpayer(s)                          JULY 27, 2004

    JAY MCKEAN
    RT 1 BOX 2031
    ROBERTS, MT   59070-9610319

| Kind of Tax | ☐ Copy to Authorized Representative | |
|---|---|---|
| INDIVIDUAL INCOME | | |

| Tax Year Ended | **DEFICIENCY** | |
|---|---|---|
| DECEMBER 31, 2002 | Increase in Tax   $2,366.00 | Penalties |
| IRC Section 6651(a)(1) | | $697.97 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | | Date |
|---|---|---|---|
| | | | Date |
| | By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

FORM 5564 (Rev. 6-92)

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN, UT  84201-0040

Letter Number: 3219(SC/CG)
Letter Date: JUNE 21, 2005

Taxpayer Identification Number: ▓▓▓▓▓▓

7112 7667 8555 2074 7345

Tax Form: 1040

Tax Year Ended and Deficiency

DECEMBER 31, 2003     $2,039.00

Contact Person:

MR.PARIZEK   29-61699

JAY MCKEAN
RT 1 BOX 2031
ROBERTS, MT  59070-9610319

Contact Telephone Number:
(866) 899-9083
(TOLL FREE NUMBER)

Hours to Call:
7:00 AM TO 7:00 PM MON-FRI

Last Date to Petition Tax Court:
SEPTEMBER 19, 2005

Penalties/Additions to Tax

| | | |
|---|---|---|
| IRC Section | 6651(a)(1) | $458.78 |
| IRC Section | 6651(a)(2) | $112.15 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.**  Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

GOVERNMENT EXHIBIT
13

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (801) 620-7168 or writing to:

> OGDEN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9941, STOP 1005
> OGDEN, UT 84409

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

SCOTT B. PRENTKY
COMPLIANCE CENTER
OGDEN Service Center

Enclosures:
Copy of this letter
Waiver
Envelope

Cat. No. 27500P            Letter 3219(SC/CG) (08-1999)

| FORM 5564(Rev. June 1992) | Department of the Treasury --- Internal Revenue Service<br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols<br>OGDEN<br>STOP 4388 |

Name and Address of Taxpayer(s)                                    JUNE 21, 2005

JAY MCKEAN
RT 1 BOX 2031
ROBERTS, MT  59070-9610319

| Kind of Tax | ☐ Copy to Authorized Representative | |
|---|---|---|
| INDIVIDUAL INCOME | | |
| Tax Year Ended | **DEFICIENCY** | |
| DECEMBER 31, 2003 | Increase in Tax    $2,039.00 | Penalties |
| | IRC Section  6651(a)(1)<br>IRC Section  6651(a)(2) | $458.78<br>$112.15 |

· I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532 (a) (1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | Date |
|---|---|---|
| | | Date |
| By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records.**

FORM 5564(Rev. 6-92)

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 02-20-2008
Response Date: 02-20-2008
IRS Employee Number: 4FBFB
Tracking Number: 100023792582

FORM NUMBER: 1040A                          TAX PERIOD: Dec. 31, 2003

TAXPAYER IDENTIFICATION NUMBER: ███████

JAY MCKEAN
164 W BENCH RD
ROBERTS, MT 59070-9596-640



--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 2,313.63 | |
| ACCRUED INTEREST: | 510.92 | AS OF: Mar. 03, 2008 |
| ACCRUED PENALTY: | 285.46 | AS OF: Mar. 03, 2008 |

ACCOUNT BALANCE
PLUS ACCRUALS:              3,110.01

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | | |
|---|---|---|
| EXEMPTIONS: | 01 | FILING STATUS: Married Filing Separate |
| ADJUSTED GROSS INCOME: | 23,735.00 | |
| TAXABLE INCOME: | 15,935.00 | |
| TAX PER RETURN: | 0.00 | |
| SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| SE TAXABLE INCOME SPOUSE: | 0.00 | |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

CERTIFIED TRUE COPY

No. of Pages: 2   Date: 2/20/08

By _____
      Disclosure Officer
    Internal Revenue Service
  Office of Governmental Liaison
        and Disclosure
       Denver Colorado

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Mar. 18, 2005
PROCESSING DATE                                                  Apr. 11, 2005

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | SUBSTITUTE FOR RETURN | | 04-11-2005 | $0.00 |
| | 29210-888-00000-5 | | | |
| 160 | LATE FILING PENALTY | 20060408 | 02-06-2006 | $458.78 |

| 300 | ADDITIONAL TAX ASSESSED BY EXAMINATION | 20060408 | 02-06-2006 | $2,039.00 |
| | 29247-410-00088-6 | | | |
| 421 | RENUMBERED RETURN | | 02-06-2006 | $0.00 |
| | 29247-410-00088-6 | | | |
| 336 | INTEREST ASSESSED | 20060408 | 02-06-2006 | $263.10 |
| 276 | FAILURE TO PAY TAX PENALTY | 20060408 | 02-06-2006 | $224.29 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 01-15-2007 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | 01-24-2007 | $0.00 |
| 706 | OVERPAID CREDIT APPLIED 1040 199912 | | 12-21-2007 | -$279.74 |
| 706 | OVERPAID CREDIT APPLIED 1040 199912 | | 01-24-2008 | -$391.80 |

**This Product Contains Sensitive Taxpayer Data**