Jay McKean
c/o 164 West Bench Road
Roberts, Montana [59070]

Plaintiff, *pro se*

RECEIVED
MAY 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jay McKean, a sentient human being, | ) |
| Plaintiff, | ) Case No. 1:07-CV-02202-ESH |
| v. | ) MOTION FOR ENLARGEMENT OF TIME |
| UNITED STATES, et al., | ) TO RESPOND TO UNITED STATES' |
| Defendants. | ) MOTION FOR SUMMARY JUDGMENT |

Plaintiff Jay McKean, under the Fed.R.Civ.P. 6(b)(1), moves for an enlargement of time to respond to Defendant United States' Motion for Summary Judgment for the following good cause:

1. **As grounds for this motion, Plaintiff asserts that an enlargement of time is necessary for the following good cause:**

   a. Plaintiff is not an attorney and currently has no counsel and is proceeding on his own behalf, in *pro se*;

   b. Because of the complexity of Defendant's Motion and because there is much research necessary to assemble and analyze the relevant records, including but not limited to the applicable statutes, regulations and Supreme Court precedent, Plaintiff is in need of additional time to prepare an adequate response to said motion for summary judgment.

2. The specific relief sought by this motion is an Order enlarging the time for Plaintiff to serve response to the motion by thirty (30) days from the date of the Court's Order.

## MEMORANDUM OF AUTHORITIES

3. <u>Introduction</u>. Defendant United States filed a Motion for Summary Judgment on April 24, 2008.

4. <u>The time for the Plaintiff to serve a response</u>. On April 25, 2008 Judge Ellen S. Huvelle issued an Order directing Plaintiff to respond to Defendant's motion no later than May 26, 2008.

5. <u>Compliance with the pleading deadline</u>. Additional time is needed by Plaintiff to research, assemble and analyze the relevant records and the federal rules of civil procedures and to research case law to prepare adequate response to motion for summary judgment within the period of time prescribed.

6. <u>Relief requested</u>. The process of researching and preparing an adequate response to said motion for summary judgment is likely to be completed within an additional thirty (30) day period.

7. <u>The Court has discretion to grant this motion</u>. Under Fed.R.Civ.P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise plead. See *Poe v. Christina Cooper Mines, Inc.*, 15.F.R.D. 85, 87-88 (D.Del. 1953). The revisers of Professor Moore's treaties on procedure have commented:

> "When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request. Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown." What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required. The court generally will find that cause has been shown and grant the extension unless the moving

party has been negligent, shown bad faith, or abused the privilege of extensions."

1 Daniel R. Coquillette, et al., Moore's Federal Practice, § 6.06[2], p.6-4.01 (1999) (footnotes omitted); Baden v. Craig-Hallum, Inc., 115 F.R.D. 582, 585 (D. Minn. 1987).

8. Plaintiff has not been guilty of negligence or bad faith, nor has Plaintiff abused the privilege of extensions.

9. Summary. The Court should exercise its discretion to grant the requested enlargement of time in the interest of justice and for cause shown.

## CONCLUSION

It is the position of the Plaintiff that the motion for enlargement of time to respond to Defendant's motion for summary judgment ought to be granted.

**WHEREFORE**, the Plaintiff moves for an enlargement of time to serve a response by thirty (30) days from the date of the Court's Order.

Respectfully submitted.

## VERIFICATION

I, Jay McKean, declare under penalty of perjury under the laws of the United States of America and of the state of California, that the foregoing is true and correct.

On this 21 day of May 2008

*Jay McKean*
Jay McKean, Plaintiff

## CERTIFICATE OF SERVICE

I, <u>Jay Mckean</u>, hereby certify that on the 21 day of May 2008, I served a true and correct copy of the foregoing Motion for Enlargement of Time to Respond to UNITED STATES' Motion for Summary Judgment with Memorandum of Points and Authorities and proposed Order by depositing copies in the United States mail, postage prepaid, addressed as follows:

Pat S. Genis, Attorney
US DOJ, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

*Jay McKean*
Jay McKean

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jay McKean, a sentient human being, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:07-CV-02202-ESH <br><br> **ORDER** |

Having considered the Plaintiff's Motion for Enlargement of Time to Respond to United States' Motion for Summary Judgment, and any opposition thereto, the Court concludes that the motion should be granted. Accordingly, it is this ____ day of _____, 2008

**ORDERED** that Plaintiff's Motion for Enlargement of Time to Respond to United States' motion for summary judgment is **GRANTED**;

**ORDERED** that the Plaintiff shall have an additional thirty (30) days until _____, 2008, in which to file and serve a responsive memorandum in opposition to the motion; and it is further

**ORDERED** that the Clerk shall distribute conformed copies of this order to the representative of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1

COPIES TO:

Pat S. Genis, Attorney
US DOJ, Tax Division
Washington, DC 20044

Jay McKean
c/o 164 West Bench Road
Roberts, Montana [59070]