Jay McKean
c/o 164 West Bench Road
Roberts, Montana [59070]

Plaintiff, *pro se*

RECEIVED
JUN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jay McKean, a sentient human being, | Case No. 1:07-CV-02202-ESH |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO STRIKE THE EXHIBIT E ATTACHMENT TO THE VERIFIED COMPLAINT** |
| UNITED STATES, et al., | |
| Defendants. | |

COMES NOW the Plaintiff, Jay McKean, proceeding on his own behalf, respectfully requesting the Court to strike the previously filed **Exhibit E** (Docket Entry #1, Attachment 1, pages 33-56) attached to the Verified Complaint. Plaintiff did not realize that his Social Security Number ("SSN") was displayed on Exhibit E or he would have redacted it, as such information is privileged; and this was an unintentional oversight. As the Court's record indicates, all other exhibits were properly redacted.

To provide the Court with the best evidence and preserve the Plaintiff's privacy, Plaintiff moves for the following remedy: (1) strike Plaintiff's Exhibit E (Docket Entry #1, Attachment 1, pages 33-56) that discloses the Plaintiff's SSN. Plaintiff will resubmit this Exhibit redacted under the Federal Rules of Evidence and judicial notice respectfully.

WHEREFORE, Plaintiff requests the Court to strike Plaintiff's Exhibit E (Docket Entry #1, Attachment 1, pages 33-56) that discloses the Plaintiff's SSN.

## VERIFICATION

I, Jay McKean, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1), that I believe the above to be true and correct to the best of my knowledge, understanding and belief.

On this _19_ day, _June_ 2008

_____
Jay McKean, Plaintiff

## CERTIFICATE OF SERVICE

I, Jay McKean, certify that on this _19_ day of June 2008, I mailed a true and correct copy of the above "PLAINTIFF'S MOTION TO STRIKE EXHIBIT E ATTACHMENT TO THE VERIFIED COMPLAINT" to the following party:

Pat S. Genis, Attorney
US DOJ, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

*Jay McKean*
Jay McKean, Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jay McKean, a sentient being )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>UNITED STATES, et al., )<br>)<br>Defendants. )<br>)<br>_____) | Case No. 1:07-CV-02202-ESH<br><br>ORDER |

Having considered Plaintiff's Motion to Strike the Exhibit E Attachment to the Verified Complaint, and any response thereto, and good cause appearing, the Court concludes that the motion should be granted. Accordingly, it is this ____ day of _____, 2008

**ORDERED** that Plaintiff's Motion to Strike the Exhibit E Attachment to the Verified Complaint be and is **GRANTED;** and it is further

**ORDERED** that the Clerk shall strike the Exhibit E Attachment to the Verified Complaint; and it is further

**ORDERED** that the Clerk shall distribute conformed copies of this order to the representative of the parties listed below.

_____
DISTRICT COURT JUDGE