UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY C. MCKEAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-02202 (ESH)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the opinion accompanying this Order, defendants' motion for summary judgment [Dkt. 13] is **GRANTED** and the captioned case is dismissed with prejudice.

This is a **final appealable order**. *See* Fed. R. App. P. 4(a).

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE:   June 30, 2008